# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| TERI LYNN HINKLE, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No: |
| ) | 3:11-cv-00084-DHB-WLB |
| v. ) | |
| ) | |
| NORTHLAND GROUP INC.; VALERIE ) | |
| BARTOSH; JEFFREY A. OLSON, PLLC;) | |
| CAPITAL ONE BANK (USA) N.A.; ) | |
| CAPITAL ONE SERVICES, LLC, LVNV ) | |
| FUNDING, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

COMES NOW, Jonathan K. Aust of Bedard Law Group, P.C., and hereby files his Notice of Appearance on behalf of the Defendant LVNV Funding, LLC. Request is made that the court, plaintiff and counsel of record include Jonathan K. Aust in all further communication.

Respectfully submitted this 15th day of December, 2011.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097

- 1 -

Telephone: (678) 253-1871, ext. 203
Facsimile: (678) 253-1873
jaust@bedardlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TERI LYNN HINKLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No: |
| | ) | 3:11-cv-00084-DHB-WLB |
| v. | ) | |
| | ) | |
| NORTHLAND GROUP INC.; VALERIE | ) | |
| BARTOSH; JEFFRERY A. OLSON, PLLC; | ) | |
| CAPITAL ONE BANK (USA) N.A.; | ) | |
| CAPITAL ONE SERVICES, LLC, LVNV | ) | |
| FUNDING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed this Notice of Appearance using the CM/ECF system and deposited a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Teri Lynn Hinkle
322 Bethel St.
Eastman, Georgia 31023

Respectfully submitted this 15th day of December, 2011.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584

- 3 -