IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 DEC 21 P 12:02
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| TERI LYNN HINKLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 311-084 |
| | ) | |
| NORTHLAND GROUP INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, for collection of time-barred debt and for collection following her debt verification request are **DISMISSED**. Furthermore, Defendants Bartosh, Capital One Bank (USA) N.A., and Capital One Services, LLC, are **DISMISSED** from this case.

SO ORDERED this 21st day of December, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE