UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| **TERI LYNN HINKLE**, <br><br> Plaintiff <br><br> v. <br><br> **NORTHLAND GROUP, INC., VALERIE BARTOSH, JEFFREY A. OLSON, PLLC, CAPITAL ONE BANK (USA), N.A., CAPITAL ONE SERVICES, LLC, LVNV FUNDING, LLC,** <br><br> Defendants | Case No. CV311-084 |

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Southern District of Georgia, the undersigned, counsel of record for Defendants Northland Group, Inc. and Jeffrey A. Olson, PLLC, states as follows:

1. The undersigned certifies that the following is a full and complete list of the parties remaining in this action:

    a. Teri Lynn Hinkle, Plaintiff

    b. Northland Group, Inc., Defendant

    c. Jeffrey A. Olson, PLLC, Defendant and Attorney for Defendant Northland Group, Inc.

    d. LVNV Funding, LLC, Defendant

2. The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties known to these Defendants:

    a. The only officer and director of Northland Group, Inc. is Lance T. Black.

      b.    The only officer and director of Jeffrey A. Olson, PLLC is Jeffrey A. Olson.

3.    The undersigned further certifies that she is not aware of any other persons, firms, partnerships, corporations or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case.

THIS, the 6th day of February, 2012.

                              Respectfully submitted,

                              /s/ April Reeves Freeman
                              APRIL REEVES FREEMAN

                              Attorney for Defendant Northland Group, Inc. and Defendant Jeffrey A. Olson, PLLC

April Reeves Freeman (GA Bar No. 517093)
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, Georgia 30361
afreeman@joneswalker.com
Phone:  (601) 949-4623
Fax:  (601) 949-4635

## CERTIFICATE OF SERVICE

I do hereby certify that on February 6, 2012, I electronically filed the foregoing with the Clerk of the court using the ECF system which sent notification of such filing to the following:

      Teri Lynn Hinkle
      322 Bethel Street
      Eastman, Georgia 31023

      John H. Bedard, Jr., Esq.
      Jonathan K. Aust, Esq.
      2810 Peachtree Industrial Blvd, Ste. D
      Duluth, Georgia 30097

                              /s/ April Reeves Freeman
                              APRIL REEVES FREEMAN