JEFFREY A. OLSON, PLLC
ATTORNEYS AND COUNSELORS

7831 GLENROY ROAD, SUITE 185, EDINA, MN 55439  TEL: 952.835.4709  FAX: 952.835.4710  www.biz-lit.com

July 27, 2011

Teri Lynn Hinkle
████████████
Eastman, GA ████

Re:     Teri Lynn Hinkle v. Northland Group, Inc.
        Capital One Account xxxx-xxxx-xxxx-9509

Dear Ms. Hinkle:

Enclosed please find documents that I have obtained to date relating to your Capital One account.  The documents include information relating to your online application for credit and monthly account statements.

Yours truly,

Jeffrey A. Olson

JAO:jah
Enclosures

# EXHIBIT
# B

*Bates numbered docs 01-50*

Capstone

File  Search  Navigation  Utilities  Window  Help

Application: Teri L. Hinkle – 00008924229958874

| | | | | |
|---|---|---|---|---|
| **Unisys#:** 9509 | **State:** MI | **Appid:** 00008924229958874 | **Rec Date:** 03/25/2005 | **Route:** |
| **Social:** 6359 | **Product:** High Response MultiC **App Type:** PreApproved | | **Exp Date:** 05/14/2005 | **Action:** |
| **Doc ID:** | **Res Type:** Internet | **Cell:** 50 | **Decision:** Approve | **Return** ☐   Submit |
| **Downsell:** | **Promo CD:** 636472 | **C Status:** 9999_Booked | **Queue:** | |
| **Legal Entity:** | | | | |

**Current Status: Application is approved**

**Credit Limit/**
**Loan Amount Assigned** 300.00

Applicant Information

Indicators

Primary:   Teri L Hinkle          SSN/SIN: 6359    DOB: 1952    ☐ Balance Transfer

Secondary:                SSN/SIN: - -    DOB: / /    ☐ Credit Line Activation

Address:

SOUTH ROCKWOOD   MI

Home Phone:

**Language** English

Most Recent Letter

Type:                       Date:   / /

1

2

3

4

Comments

| Date | User | Comments |
|---|---|---|
| | | |

Row 0 to 0 of 0

Input   Delete

Frequent Comments

Ready

start

Capstone

Capstone

Search   Navigation   Utilities   Window   Help

Application: Terri L. Hinkle - 0000892422995BB74

| | | | | |
|---|---|---|---|---|
| Unisys#: | 9509 | State: | MI | Appid: 00008924229958874 | Rec Date: 03/25/2005 | Route: |
| Social: | 6359 | Product: | High Response MultiApp | App Type: PreApproved | Exp Date: 05/14/2005 | Action: |
| Doc ID: | | Res Type: | Internet | Cell: 50 | Decision: Approve | |
| Downsell: | | Promo CD: 636472 | | C Status: 9999_Booked | Queue: | Return    Submit |
| Legal Entity: | | | | | | |

Summary | Income/CTB | Identification | Address | Employment | Fraud | History | Verification | Parse | Duplicate

**Credit Limit/Loan Amount**
Offered:     $2,000.00    Assigned:     $300.00
Max Limit:    $300.00    Model Rec:    $300.00
Requested:     $.00    Cash Limit:    $300.00

**Application Data**
Solicitation ID:   0000892422995BB74    Test Cell:   50    # Of Cards:   1
Employee ID:        Store ID:
Vendor ID:     48    Language: English

**Decision**
Rule:
Model:   Approve
Manual:

**Scores**
Primary:    17.000000
Secondary:
Joint:    17.000000

**Indicators**
☐ Expired App      ☐ Different App      ☐ Name Change      ☐ Credit Line Activation
☐ Comments      ☐ Balance Transfer      ☐ Recycled App      ☐ Duplicate
☐ Address Change      ☐ App Now Co-App      ☐ Others      ☐ Fraud hit      ☐ ECD

**Rule TurnDown Reasons**

**Score TurnDown Reasons**
AvgLngthTimeSinceCredCardAcctOpenTooShort
#AcctsCredLml>$2500RelToAllAcctsTooHigh
TooManyOpRvlvgAcctsW/HighBalRelationTotRvlvgA

**Flow Down Reasons**
Pri Vfy at CURR Adr.  Al Phone ISR 545 Sent If Not Vfy.
Second Pass Evaluation for Payment Protection
Application was retreived and routed to 9999_Booked status

Ready

start    | Lotus search - ... | Lot... Microsoft Out... | Capstone | Foxit.pdf - Microsof...

003

# A great Mother's Day offer
### for Capital One® cardholders!



Save **15**%* on your next purchase when you use Promotion Code CAP22
(See reverse for details)

Save this code! Offer good all year long!

Remember: Mother's Day is Sunday, May 8, 2005

Call 1-800-FLOWERS® (1-800-356-9377) or Click www.1800flowers.com today!

**1-800-flowers.com**℠
Your florist of choice℠

## Capital One®

PLATINUM VISA ACCOUNT

▒▒▒▒-9509

MAR 03 - APR 02, 2005
Page 1 of 1

### Account Summary

| | |
|---|---|
| Previous Balance | $.00 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $29.00 |
| Finance Charges | $.00 |
| New Balance | $29.00 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | May 02, 2005 |
| Total Credit Line | $300 |
| Total Available Credit | $271.00 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $271.00 |

### At your service

To call Customer Relations or to report a lost or stolen card:

**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

### Payments, Credits and Adjustments

### Transactions

| | | | |
|---|---|---|---|
| 1 | 02 APR | CAPITAL ONE MEMBER FEE | $29.00 |

### Finance Charges

*Please see reverse side for important information.*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $.00 | .0000% | .00% | $.00 |
| CASH | $.00 | .05614%LP | 20.49% | $.00 |

ANNUAL PERCENTAGE RATE applied this period                 0.00%

742676

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

## Capital One®

0000000  0 ▒▒▒▒ 9509    02  002900000000015000

| | |
|---|---|
| New Balance | $29.00 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | May 02, 2005 |
| Total enclosed | $ |
| Account Number | ▒▒▒▒-9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

| | |
|---|---|
| Street | Apt. # |
| City | State   ZIP |
| Home Phone | Alternate Phone |
| Email Address | |

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

074257

#9009368510549242#  MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD MI ▒▒▒▒

*Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.*

000004

Save on Mother's Day gifts, and on all
your gift needs throughout the year!

The freshest flowers artistically designed
100% satisfaction guaranteed
Personal service 24/7 for delivery same day, any day

Save **15**% on your next purchase when
you use Promotion Code CAP22

Save this code! Offer good all year long!

Call 1-800-FLOWERS® (1-800-356-9377)
or Click www.1800flowers.com today!



Your florist of choice.

1. How To Avoid A Finance Charge.
2. Advising Finance Charge.
Minimum Finance Charge.
Temporary Reduction in Finance Charge.
Average Daily Balance (Including New Purchases).
Annual Percentage Rates (APR).
Assessment of Late, Overdraft and Returned Check Fees.
Renewing Your Account.
If You Close Your Account.

BILLING RIGHTS SUMMARY

Special Rule For Credit Card Purchases

Capital One

Important Notice: Payments you mail to us will be credited to your account as of the business day we receive it, provided (1) you send the bottom portion of this statement and your check
in the enclosed remittance envelope and (2) your payment is received in our processing center by 3 p.m. ET (12 noon PT). Please allow at least five (5) business days for postal delivery.

000005



# peoplepc online

003

## UNLIMITED
## INTERNET ACCESS
### $4.97

PeoplePC Online offers a better Internet experience, at a better price.
- Over 9,000 local access numbers
- Virus Blocker
- Smart Dialer technology
- Pop-Up Blocker
- Spam controls
- Or surf up to *5x faster* for just $7.47/mo for the first 3 months with PeoplePC Online Accelerated**

**3 MONTHS 1/2 OFF**
for Cardholders!
**Capital**One®

Download our software at www.peoplepc.com/go/silver2
or call 1-888-5TRYNOW to request a disc.
Mention Offer Code: SILVER2

**Capital**One®

PLATINUM  VISA ACCOUNT
█████-9509

APR 03 – MAY 02, 2005
Page 1 of 1

### Account Summary

| | |
|---|---|
| Previous Balance | $29.00 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $279.00 |
| Finance Charges | $.00 |
| | |
| New Balance | $308.00 |
| Minimum Amount Due | $30.00 |
| Payment Due Date | June 02, 2005 |
| | |
| Total Credit Line | $300 |
| Total Available Credit | $.00 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $.00 |

### At your service

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

### Payments, Credits and Adjustments

Your scheduled payment has not been received. Please remit the amount due appearing on this statement. If you have already made your payment, please accept our thanks.

### Transactions

| | | | | |
|---|---|---|---|---|
| 1 | 21 APR | GENERAL RV RENTAL-BT BROWNSTOWN TW MI | | $250.00 |
| 2 | 02 MAY | PAST DUE FEE | | 29.00 |

You were assessed a past due fee of $29.00 on 05/02/2005  because your minimum payment was not received by the due date of 05/02/2005.  To avoid this fee in the future, we recommend that you allow at least 7 business days for your payment to reach Capital One.

### Finance Charges

Please see reverse side for important information

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $129.00 | .00000% | .00% | $.00 |
| CASH | $.00 | .05614%P | 20.49% | $.00 |

ANNUAL  PERCENTAGE  RATE applied this period                    0.00%

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

**Capital**One®

0000000  0  █████-9509  02  0308000000000030003

| | |
|---|---|
| New Balance | $308.00 |
| Minimum Amount Due | $30.00 |
| Payment Due Date | June 02, 2005 |
| | |
| Total enclosed | $ |
| Account Number: | ████-9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

Street                                        Apt. #

City                  State            ZIP

Home Phone             Alternate Phone

Email Address                    @

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9012368510549247#   MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD   MI

073026

Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.

000006

# UNLIMITED
## INTERNET ACCESS

# $4.97
### per month for the first 3 months

peoplepc online

Download our software at www.peoplepc.com/go/silver2
or call 1-888-5TRYNOW to request a disc.
Mention Offer Code: SILVER2

596750

## 6.00% APR

Call now for rates as low as Prime,
currently 6.00%, and have your money
in as little as 10 days!

For a Home Equity Line of Credit, call
**1-866-896-9596**
Mon-Fri 8 a.m.-9 p.m. ET  Sat 8 a.m.-5 p.m. ET.
Or apply online at
www.capitalonehomeloans.com

Reservation Number:
6877  046  122  4987

## Save money with one low rate

Apply today for your Home Equity Line of Credit from Capital One® and use
your new low rate to pay off other high-interest debt. Or you can use the
equity in your home, up to $500,000, for whatever you want.

* Rates as low as Prime, currently **6.00% APR***
* Interest may be 100% tax deductible (please consult your tax adviser)
* $0 closing cost options

You can also take advantage of our other home loan products,
including mortgages and refinancing offers.

*Variable rate in effect as of 05/04/05.                CapitalOne® | home loans™

---

# CapitalOne®

| | PLATINUM  VISA ACCOUNT | MAY 03 - JUN 02, 2005 |
|---|---|---|
| | -9509 | Page 1 of 1 |

| Account Summary | |
|---|---|
| Previous Balance | $308.00 |
| Payments, Credits and Adjustments | $30.00 |
| Transactions | $.00 |
| Finance Charges | $4.10 |
| | |
| New Balance | $282.10 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | July 02, 2005 |
| | |
| Total Credit Line | $300 |
| Total Available Credit | $17.90 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $17.90 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0215

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

**Payments, Credits and Adjustments**

1   12 MAY   CAPITAL ONE ONLINE ACH PAYMENT          $30.00-

Did you know that Capital One also offers Home Equity and Mortgage products? Consolidate debt
with one low rate and take advantage of our high loan amounts. Visit
www.capitalonehomeequity.com today to learn how you can save with a brand you trust!

**Important Notice** Since your account was past due, your Annual Percentage Rates (A.P.R.s)
have been increased as previously disclosed. All other terms and conditions remain in full force
and effect. Please be advised that under the terms of your account, your A.P.R.s are subject to
additional increases if you fail to keep your account in good standing.

**Finance Charges**                          Please see reverse side for important information

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $288.73 | .04586%P | 16.74% | $4.10 |
| CASH | $.00 | .05959%P | 21.74% | $.00 |

**ANNUAL  PERCENTAGE  RATE  applied this period**                                16.74%

---

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT

# CapitalOne®

0000000   0 ▮▮▮▮▮9509   02  0282100030000015004

| New Balance | $282.10 |
|---|---|
| Minimum Amount Due | $15.00 |
| Payment Due Date | July 02, 2005 |
| | |
| Total enclosed | $ |
| Account Number: | ▮▮▮9509 |

Please print  mailing  address and/or  e-mail  changes below using  blue or black ink.

| | |
|---|---|
| Street | Apt. # |
| City | State  ZIP |
| Home Phone | Alternate Phone |
| Email Address | |

Capital  One  Bank
P.O.  Box  790216
St.  Louis,  MO  63179-0216

#9015468510549242#   MAIL  ID  NUMBER
TERI  L  HINKLE
SOUTH  ROCKWOOD  MI ▮▮▮▮▮▮

Please write  your account number  on your checker money order made payable to Capital  One Bank  and mail in  the enclosed envelope.

000008

Capital One, F.S.B., Home Equity Line of Credit amounts range from $15,000 up to $500,000. Lines of Credit up to $1,000,000 are possible. In Texas the line of credit may not exceed 50% of the home's value. Loans are not available in Arkansas. The interest rate is based on the Prime Rate as published in the "Money Rates" section of The Wall Street Journal, plus a margin on loans with a combined loan-to-value ratio of less than or equal to 80% in Texas (100% in other states), and is available on a single-family, owner-occupied, primary residence only. The Prime Rate—and, consequently, the Annual Percentage Rate ("APR")—can vary monthly. The amount of the margin ranges from 0% to 7.9%, depending primarily on the amount of equity in your home and your credit history information. Maximum possible APR is 18% (lower in some states). Please call us for more details. No annual fee on Gold Home Equity Line of Credit programs or if the initial draw is $20,000 and the daily balance averages $20,000 for the first 12 months. For other programs, a $75 annual fee applies in most states. For loans in several states, an early termination fee of up to $350 applies. Neither the annual fee nor the early termination fee applies to Texas residents. A minimum initial draw of $15,000 is required. In Texas subsequent draws must be at least $4,000. For closing-cost-option programs: Closing costs range from $500-$2,500, depending on amount of credit line and property location. Texas residents are eligible for no-closing cost programs only. Rates, programs and loan requirements vary from state to state and are subject to change. Please call us for more details. This is not a commitment to lend.

Capital One is committed to making every effort to find the right product for your situation. However, in some cases, when we are unable to provide you with a Capital One product, we might be able to give you another choice of mortgage products. We would then put you in contact with Full Spectrum™ Lending, a Division of Countrywide Home Loans —one of the largest mortgage providers in the country. If you want to allow us to share your permission and only if Capital One is unable to provide the right product for you.

© 2005 Capital One Services, Inc. Capital One is a federally registered service mark. Any trademarks mentioned herein are solely owned by their respective entities. All rights reserved.

000009

**Save money with a Home Equity Line of Credit**

Rates as low as Prime, currently 6.00%   APR*

- **High loan amounts** up to $500,000
- **Consolidate debt,** make home improvements, pay tuition, you choose
- **100% tax-deductible interest** (check with your tax adviser)
- **So closing cost options available**

Reservation Number:
6980 046 126 6216

Call your Personal Home Loan Consultant today!
**1-800-760-2493**
Mon–Fri 8 a.m. – 8 p.m. ET  Sat 10 a.m. – 5 p.m. ET
Or apply online at www.capitalonehomeloans.com

**Capital One** | home loans™

EQUAL HOUSING LENDER          *Variable rate in effect as of 05/25/05 See reverse for additional important information.

---

**Capital One®**

| PLATINUM  VISA ACCOUNT | JUN 03 – JUL 02, 2005 |
|---|---|
| -9509 | Page 1 of 1 |

**Account Summary**

| | |
|---|---|
| Previous Balance | $282.10 |
| Payments, Credits and Adjustments | $15.00 |
| Transactions | $.00 |
| Finance Charges | $3.86 |
| New Balance | $270.96 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | August 02, 2005 |
| Total Credit Line | $300 |
| Total Available Credit | $29.04 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $29.04 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

| Send payments to: | Send inquiries to: |
|---|---|
| Attn: Remittance Processing | Capital One |
| Capital One Bank | P.O. Box 30285 |
| P.O. Box 790216 | SLC, UT 84130-0285 |
| St. Louis, MO 63179-0216 | |

**Payments, Credits and Adjustments**

| I | 18 JUN   CAPITAL ONE ONLINE ACH PAYMENT | $15.00- |
|---|---|---|

**Notice of Change In Account Terms** If your account is five or more days past due within six billing periods after being two or more days past due, or if we do not receive your minimum monthly payment for two consecutive billing periods, all rates may increase to the Default APR previously disclosed to you. All other terms and conditions on your account remain in effect.

**Finance Charges**

Please see reverse side for important information.

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $275.48 | 0.04655%P | 16.99% | $3.86 |
| CASH | 5.00 | 0.06025%P | 21.99% | .00 |

ANNUAL  PERCENTAGE  RATE applied this period          16.99%

---

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT

**Capital One®**

| 0000000 | 0 | | | 9509 | 02 | 0270960015000015004 |
|---|---|---|---|---|---|---|

| New Balance | $270.96 |
|---|---|
| Minimum Amount Due | $15.00 |
| Payment Due Date | August 02, 2005 |
| Total enclosed | $ |
| Account Number: | -9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

| Street | Apt. # |
|---|---|
| City | State | ZIP |
| Home Phone | Alternate Phone |
| Email Address | |

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9018468510549249#   MAIL ID NUMBER
TERR L HINKLE
SOUTH ROCKWOOD  MI

Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.

000010

Capital One Home Loans, LLC, Home Equity Line of Credit amounts range from $15,000 up to $500,000. Loans up to $1,000,000 are possible. Loans are not available in AK, HI and TX. Maximum possible APR is 21% (lower in some states). Please call us for more details. No annual fee. For closing-cost-option programs: Closing costs as low as $450 depending on loan size, property type and property location. Rates, programs and loan requirements vary from state to state and are subject to change. Additional restrictions may apply. This is not a commitment to lend.

© 2005 Capital One Services, Inc. Capital One is a federally registered service mark. Any trademarks mentioned herein are solely owned by their respective entities. All rights reserved.

596984

## Extra CASH and a lower monthly mortgage payment
We'll find the best home loan solution for YOU!

- **Get extra cash** to consolidate debt, make home repairs, or buy a car
- **$0 closing cost options**

- **Lower your monthly mortgage payment** by refinancing to a lower rate*
- **Close in as fast as 4 days**

Reservation Number:
6984 046 126 8767

**Call your Personal Home Loan Consultant today!**
# 1-800-760-2607
Mon–Fri 8 a.m. – 8 p.m. ET  Sat 10 a.m. – 1 p.m. ET.
Or apply online at www.capitalonehomeloans.com
Capital One is an Equal Housing Lender.


EQUAL HOUSING
LENDER

**CapitalOne** Home Loans

---

**CapitalOne**

PLATINUM  VISA ACCOUNT                               JUL 03 – AUG 02, 2005
████████-9509                                        Page 1 of 1

**Account Summary**

| | |
|---|---|
| Previous Balance | $270.96 |
| Payments, Credits and Adjustments | $270.96 |
| Transactions | $.00 |
| Finance Charges | $.00 |
| | |
| New Balance | $0.00 |
| Minimum Amount Due | $.00 |
| Payment Due Date | September 02, 2005 |
| | |
| Total Credit Line | $300 |
| Total Available Credit | $300.00 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $300.00 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
# 1-800-903-3637

Send payments to:          Send inquiries to:
Attn: Remittance Processing
Capital One Bank           Capital One
P.O. Box 790216            P.O. Box 30285
St. Louis, MO 63179-0216   SLC, UT 84130-0285

**Payments, Credits and Adjustments**

| | | | |
|---|---|---|---|
| 1 | 01 AUG | CAPITAL ONE ONLINE ACH PAYMENT | $270.96- |

**Finance Charges**                *Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $.00 | .04655%P | 16.99% | $.00 |
| CASH | $.00 | .06025%P | 21.99% | $.00 |

ANNUAL  PERCENTAGE  RATE applied this period                    0.00%

---

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

**CapitalOne**    0000000  0 ███████████ 9509    02  0000000270960000008

| | |
|---|---|
| New Balance | $0.00 |
| Minimum Amount Due | $.00 |
| Payment Due Date | September 02, 2005 |
| | |
| Total enclosed | $ |
| Account Number: | ██████████-9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

| | |
|---|---|
| Street | Apt. # |
| City | State          ZIP |
| Home Phone | Alternate Phone |
| Email Address | |

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9021568510549241#  MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD  MI  █████

*Please write your account number on your checker/money order made payable to Capital One Bank and mail in the enclosed envelope.*

000012

*Refinancing or taking out a home equity loan or line of credit may increase the total amount owed when compared to your current situation.

Capital One Home Loans, L.L.C. Rates, programs and loan requirements vary from state to state and are subject to change. Loans are not available in AK, HI and TX. Additional restrictions may apply. Please call us for more details. This is not a commitment to lend. Capital One is committed to making every effort to find the right product for your situation.

© 2005 Capital One Services, Inc. Capital One is a federally registered service mark. Any trademarks mentioned herein are solely owned by each respective entity. All rights reserved.

**1. How To Avoid A Finance Charge.**

**2. Average Daily Balance (Excluding New Purchases).**

**3. Annual Percentage Rate (APR).**

**4. Assessment of Late, Overlimit and Returned Payment Fees.**

**5. Renewing Your Account.**

**6. If You Close Your Account.**

**BILLING RIGHTS SUMMARY**

**In Case Of Errors Or Questions About Your Bill**

**Special Rule For Credit Card Purchases**

Capital One supports Information privacy protection; see our website at www.capitalone.com.
Capital One is a federally registered service mark of Capital One Financial Corporation. All rights reserved. © 2003 Capital One

G1LSLBAK

**Important Notice:** Payments you mail to us will be credited to your account as of the business day we receive it, provided (1) you send the bottom portion of this statement and your check in the enclosed remittance envelope and (2) your payment is received in our processing center by 9 a.m. ET (12 noon PT). Please allow at least five (5) business days for postal delivery. Payments received by us at any other location or in any other form may not be credited as of the day we receive them. Our business days are Monday through Saturday, excluding holidays. Please do not use staples, paper clips, etc. when preparing your payment. When you send us a check(s), you authorize us to make a one-time electronic transfer debit from your bank account for the amount of the check. This authorization applies to all checks received during the billing cycle even if sent by someone else. If we cannot process the transfer, you authorize us to make a charge against your bank account using the check, a paper draft or other item.



**peoplepc™ online**
A better way to Internet.

MORE Features!

$4.97*

SIGN UP TODAY!

1-888-587-9669
Mention Offer Code: BRONZE
Visit: www.peoplepc.com/go/bronze

**UNLIMITED INTERNET ACCESS**
PeoplePC Online offers all the features you would expect from higher-priced Internet Service Providers, including:

- Virus Protection powered by Symantec™
- Pop-Up Blocker™
- Spam Controls
- Smarter Smart Dialer Technology
- More Email Addresses
- Internet Call Waiting
- Or, Surf up to 5x faster* with PeoplePC Online Accelerated™ for a few dollars more.

**SPECIAL LIMITED-TIME OFFER FOR CAPITAL ONE® CARDHOLDERS!**

## CapitalOne®

PLATINUM VISA ACCOUNT                          AUG 03 - SEP 02, 2005
████████9509                                            Page 1 of 1

### Account Summary

| | |
|---|---|
| Previous Balance | $.00 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $283.63 |
| Finance Charges | $.00 |
| | |
| New Balance | $283.63 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | October 01, 2005 |
| | |
| Total Credit Line | $300 |
| Total Available Credit | $16.37 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $16.37 |

### At your service

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

### Important Account Information

Twelve unsung heroes of college athletics are competing for the honor of Capital One National Mascot of the Year - and you can help decide who wins! Each week, the mascots go head-to-head in competition, but only one will win the coveted title and $10,000 for their school. Go to capitalone.com where you can vote daily for your favorite mascot - and don't forget to tune in to the Capital One Bowl on ABC on Monday, January 2, 2006, to see who wins!

### Payments, Credits and Adjustments

### Transactions

| | | | |
|---|---|---|---|
| 1 | 15 AUG | BURLINGTON  COA00001214  TAYLOR MI | $29.60 |
| 2 | 17 AUG | RAVE - SOUTHLA00051201  TAYLOR MI | 21.19 |
| 3 | 17 AUG | VANITY @SOUTH00115006  TAYLOR MI | 38.69 |
| 4 | 17 AUG | AEROPOSTALE  #189 TAYLOR MI | 49.81 |
| 5 | 17 AUG | FASHION BUG 00032920 BROWNSTOWN  MI | 99.86 |
| 6 | 24 AUG | TARGET  00009233 WOODHAVEN  MI | 44.48 |

### Finance Charges                          Please see reverse side for important information

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $.00 | .046555%P | 16.99% | $.00 |
| CASH | $.00 | .069255%P | 21.99% | $.00 |

ANNUAL  PERCENTAGE  RATE  applied this period                          0.00%

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

## CapitalOne®

0000000  0  ████████9509  02  0283630270960015003

| | |
|---|---|
| New Balance | $283.63 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | October 01, 2005 |
| | |
| Total enclosed | $ |
| Account Number: | ████████9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

Street _____ Apt. #
City _____ State ____ ZIP ____
Home Phone _____ Alternate Phone _____
Email Address _____

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9024668510549246#   MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD  MI  ████

019917

Please write your account number on your check/money order made payable to Capital One Bank and mail in the enclosed envelope.

000014



**peoplepc™ online**
A better way to internet.

# UNLIMITED
## INTERNET ACCESS

**SIGN UP TODAY!**

## 1-888-587-9669
Mention Offer Code: BRONZE
Visit: www.peoplepc.com/go/bronze

PeoplePC is solely responsible for this offer, and is not affiliated with Capital One. Capital One does not provide, endorse or guarantee, and is not affiliated with, any product or service shown here. Any trademarks mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself to the company that provided this product – for example, that you are a Capital One customer.

*PeoplePC Online: First 3 months are billed at $4.97 per month; $9.95 per month thereafter. PeoplePC Online Accelerated™: First 3 months are billed at $7.47 per month; $14.95 per month thereafter. Offer available to new dial-up subscribers at least 18 years of age and may not be redeemed with any other offer. Offer subject to change at any time. Phone technical support available for $1.95 per minute.

†With PeoplePC Online Accelerated, certain Web page text and graphics will load faster when compared to standard dial-up Internet service. Actual results may vary. PeoplePC Online Accelerated is only compatible with PeoplePC Online Internet service and specified Windows® browsers. PeoplePC Online Accelerated is not compatible with Windows® 95 with IE 5.5 SP2.

Service not available in all areas. Access fees, taxes, and other fees and restrictions may apply. Telephone toll charges may apply, even during trial periods. You are responsible for determining whether a call to one of our access numbers will result in telephone toll charges. Access may be limited, especially during times of peak usage. Dial-up numbers may be changed at PeoplePC's discretion. Continuous use subject to timeout procedures. All use is subject to PeoplePC Online's Services Agreement and Acceptable Use Policy. 56K is the maximum speed of service; actual speed may vary.

© 2006 PeoplePC Inc. All Rights Reserved. PeoplePC Online and its logos are trademarks of PeoplePC in the U.S. and other countries.
© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.



**Capital**One®

PLATINUM  VISA ACCOUNT
-9509

SEP 03 - OCT 02, 2005
Page 1 of 1

| Account Summary | |
|---|---|
| Previous Balance | $283.63 |
| Payments, Credits and Adjustments | $50.00 |
| Transactions | $.00 |
| Finance Charges | $4.02 |
| | |
| New Balance | $237.65 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | November 02, 2005 |
| | |
| Total Credit Line | $300 |
| Total Available Credit | $62.35 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $62.35 |

**Payments, Credits and Adjustments**

| 1 | 27 SEP | CAPITAL ONE ONLINE ACH PAYMENT | $50.00- |
|---|---|---|---|

### At your service

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

### Important Account Information

Twelve unsung heroes of college athletics are competing for the honor of Capital One National Mascot of the Year - and you can help decide who wins! Each week, the mascots go head-to-head in competition, but only one will win the coveted title and $10,000 for their school. Go to capitalone.com where you can vote daily for your favorite mascot - and don't forget to tune in to the Capital One Bowl on ABC on Monday, January 2, 2006, to see who wins!

**Finance Charges**

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $275.62 | .0485096P | 17.74% | $4.02 |
| CASH | $.00 | .0623095P | 22.74% | $.00 |
| ANNUAL PERCENTAGE RATE applied this period | | | | 17.74% |

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

**Capital**One®    0000000  0  ███████  02  0237650050000015009    9509

| New Balance | $237.65 |
|---|---|
| Minimum Amount Due | $15.00 |
| Payment Due Date | November 02, 2005 |
| Total enclosed | $ |
| Account Number: | ████-9509 |

*Please print mailing address and/or e-mail changes below using blue or black ink.*

Street _____ Apt. #

City _____ State _____ ZIP

Home Phone _____ Alternate Phone

Email Address

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9027568S10549245#  MAIL ID NUMBER
TERI L HINKLE

SOUTH ROCKWOOD  MI  █████

*Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.*

000016



# peoplepc® online
A better way to Internet.

## UNLIMITED
## INTERNET ACCESS

SIGN UP TODAY!   **1-888-587-9669**
Mention Offer Code: PENNY
Visit www.peoplepc.com/go/penny

PeoplePC is solely responsible for this offer, and is not affiliated with Capital One. Capital One does not provide, endorse or guarantee, and is not affiliated with, any product or service shown here. Any trademarks mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself to the company that provides this product – for example, that you are a Capital One customer.

*PeoplePC Online: First 3 months are billed at $4.97 per month; $9.95 per month thereafter. Offer available to new dial-up subscribers at least 18 years of age and who are not redeemed with any other offer. Offer subject to change at any time. Phone technical support available for $1.95 per minute.

†Accelerator is free for 12 months. With PeoplePC Online Accelerated, certain Web page text and graphics will load faster when compared to standard dial-up Internet service. Actual results may vary. PeoplePC Online Accelerated is only compatible with PeoplePC Online Internet service and specified Windows® browsers. PeoplePC Online Accelerated is not compatible with Windows® 98 with IE 5.5 SP2.

Service not available in all areas. Access fees, taxes, and other fees and restrictions may apply. Telephone toll charges may apply, even during trial periods. You are responsible for determining whether a call to one of our access numbers will result in telephone toll charges. Access may be limited, especially during times of peak usage. Dial-up numbers may be changed at PeoplePC's discretion. Continuous use subject to timeout procedures. All use is subject to PeoplePC Online's Service Agreement and Acceptable Use Policy. 56K is the maximum speed of service; actual speed may vary.

© 2005 PeoplePC Inc. All Rights Reserved. PeoplePC Online and its logos are trademarks of PeoplePC in the U.S. and other countries.
© 2005 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

[The remainder of the page consists of extremely small, faded fine print containing credit card account terms — including sections on "How To Avoid A Finance Charge," "Average Daily Balance," "Annual Percentage Rates (APR)," "Assessment of Late, Overlimit and Returned Payment Fees," "Renewing Your Account," "If You Close Your Account," "Your Billing Rights Summary," and "Special Rules For Credit Card Purchases," followed by an "Important Notice Payments" paragraph. The text is largely illegible.]

000017

**This holiday, treat yourself, friends, and family to an unforgettable gift –**

598817

# QUALITY MAID SERVICE FROM MERRY MAIDS®



Let the trusted professionals at Merry Maids take care of your holiday home cleaning and give friends and family the gift they won't soon forget! Gift Certificates can be used on a variety of home services, including maid service, carpet cleaning, lawn care, and pest control.

- Merry Maids professionals are trained, screened, bonded and insured
- As a bonus, these gift certificates never expire!

## Unforgettable holiday gifts start at **1.800.943.9345**

Order by 12/20 to ensure 12/25 delivery



**Capital One®**

PLATINUM  VISA ACCOUNT

9509

OCT 03 - NOV 02, 2005
Page 1 of 1

| Account Summary | |
|---|---|
| Previous Balance | $237.65 |
| Payments, Credits and Adjustments | $50.00 |
| Transactions | $.00 |
| Finance Charges | $3.53 |
| | |
| New Balance | $191.18 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | December 02, 2005 |
| | |
| Total Credit Line | $300 |
| Total Available Credit | $108.82 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $108.82 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

Payments, Credits and Adjustments

| 1 | 31 OCT | CAPITAL ONE ONLINE ACH PAYMENT | $50.00- |

As a valued Capital One customer, you are eligible to receive a free Year-End Summary for this specific account that recaps your 2005 charges, provided your account is in good standing and you have made transactions during the calendar year. Please call 1-877-794-4487 before December 31, 2005, to reserve your copy for this account. We will begin processing orders in January 2006.

**Finance Charges**                    *Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $234.54 | .04860%P | 17.74% | $3.53 |
| CASH | $.00 | .06230%P | 22.74% | $.00 |
| ANNUAL PERCENTAGE RATE applied this period | | | | 17.74% |

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

**Capital One®**

0000000   0   9509      02  0191180050000015001

| | |
|---|---|
| New Balance | $191.18 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | December 02, 2005 |
| | |
| Total enclosed | $ |
| Account Number | 9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

| | |
|---|---|
| Street | Apt. # |
| City | State  ZIP |
| Home Phone | Alternate Phone |
| Email Address | @ |

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9030768510549246# MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD  MI

*Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.*

000018



**merry maids.**
Relax. It's Done.™

A ServiceMASTER Company

**Capital**One®  what's in your wallet®

## Holiday happiness is a clean home for you, your family and friends.
## Only from Merry Maids.®

Merry Maids wants to help clean your home for the holidays. Gift certificates from Merry Maids make
a lasting and thoughtful impression on your family and friends.

### Unforgettable holiday gifts start at **1.800.943.9345**

Gift Certificates valid on existing residential services purchased through local, participating providers. Gift certificates cannot be applied to recurring services which are prepaid. Please call 1.800.943.9345 for availability of service in your area. Home services that require specialized licensing or certification will be performed by companies appropriately qualified and/or licensed. Gift Certificates are not valid on the following services: Sears® appliance repair, disaster restoration services, and Rinse's Home Security.® Merry Maids is solely responsible for this offer, and is not affiliated with Capital One. Capital One does not provide, endorse or guarantee, and is not affiliated with, any product or service shown here. Any merchants mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself in the company that provides this product – for example, that you are a Capital One customer. © 2005 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

[Fine print disclosure of credit card finance charge terms, three columns of small text covering: How To Avoid A Finance Charge, Average Daily Balance, Annual Percentage Rates, Assessment of Late/Overdraft and Returned Payment Fees, Renewing Your Account, Closing Your Account, Billing Rights Summary, and Special Rules For Credit Card Purchases. Text not legible at this resolution.]

O1L.GLIBAK

Important Notice: Payments you mail to us will be credited to your account as of the business day we receive it, provided (1) you send the bottom portion of this statement and your check in the enclosed remittance envelope and (2) your payment is received in our processing center by 3 p.m. ET (12 noon PT). Payments sent to any other location or in any other form may not be credited as of the day we receive them. Our business days are Monday through Saturday, excluding holidays. Please do not use staples, paper clips, tape, when preparing your payment. When you send us a check(s), you authorize us to make a one-time electronic transfer debit from your check account for the amount of the check. This authorization applies to all checks received during any billing cycle even if sent by someone else. If we cannot process the transfer, you authorize us to make a regular payment against your bank account using the check, a paper draft or other item.



**peoplepc™ online**
A better way to Internet.

MORE Features!

Surf up to
**5x faster** with
**FREE Accelerator**
for the first 12 months! – a $60 value!

**$4.97** a month
plus applicable taxes

**SIGN UP TODAY!**

**1-888-587-9669**
Mention Offer Code: DOLLAR
Visit www.peoplepc.com/go/dollar

003

**UNLIMITED INTERNET ACCESS**

PeoplePC Online offers the features you would expect from higher-priced Internet Service Providers, including:

- Virus Protection powered by Symantec™
- Pop-Up Blocker™
- Spam Controls
- Smarter Smart Dialer Technology
- More Email Addresses
- Internet Call Waiting

**SPECIAL LIMITED-TIME OFFER FOR CAPITAL ONE® CARDHOLDERS!**

**Capital One®**

PLATINUM  VISA ACCOUNT                                NOV 03 - DEC 02, 2005
-9509                                                        Page 1 of 1

**Account Summary**

| | |
|---|---|
| Previous Balance | $191.18 |
| Payments, Credits and Adjustments | $191.18 |
| Transactions | $.00 |
| Finance Charges | $.00 |
| | |
| New Balance | $0.00 |
| Minimum Amount Due | $.00 |
| Payment Due Date | January 02, 2006 |
| | |
| Total Credit Line | $300 |
| Total Available Credit | $300.00 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $300.00 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

| Send payments to: | Send inquiries to: |
|---|---|
| Attn: Remittance Processing | Capital One |
| Capital One Bank | P.O. Box 30285 |
| P.O. Box 790216 | SLC, UT 84130-0285 |
| St. Louis, MO 63179-0216 | |

**Important Account Information**

It's Capital One Bowl week time again! Tune in to ESPN and ESPN2 starting on December 20 for the best in post-season college football action to see your favorite teams fight for bowl championships. And on January 2 at 1 pm (ET), be sure to tune in to ABC to watch the Capital One Bowl live from Orlando, Florida!

**Payments, Credits and Adjustments**

| | | | |
|---|---|---|---|
| 1 | 07 NOV | CAPITAL ONE ONLINE ACH PAYMENT | $100.00- |
| 2 | 28 NOV | CAPITAL ONE ONLINE ACH PAYMENT | 91.18- |

As a valued Capital One customer, you are eligible to receive a free Year-End Summary for this specific account that recaps your 2005 charges, provided your account is in good standing and you have made transactions during the calendar year. Please go to www.capitalone.com and access your account to request your Year-End Summary online or call 1-877-794-4487 before January 31, 2006, to reserve your copy. Orders will be mailed out by the end of February 2006.

**Finance Charges**                 Please see reverse side for important information

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $.00 | .04860%P | 17.74% | $.00 |
| CASH | $.00 | .06330%P | 22.74% | $.00 |

ANNUAL  PERCENTAGE  RATE  applied this period                          0.00%

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

**Capital One®**    0000000  0  ████████9509  02  000000000091180000000

| | |
|---|---|
| New Balance | $0.00 |
| Minimum Amount Due | $.00 |
| Payment Due Date | January 02, 2006 |
| | |
| Total enclosed   $ | |
| Account Number: | ████-9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

| | | |
|---|---|---|
| Street | | Apt. # |
| City | State | ZIP |
| Home Phone | Alternate Phone | |
| Email Address | @ | |

┌ Capital One Bank
  P.O. Box 790216
  St. Louis, MO 63179-0216



#9033768510549243#  MAIL ID NUMBER
TEKI L HINKLE
SOUTH ROCKWOOD  MI  █████████

000559

Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.

000020



peoplepc™ online
A better way to Internet.

# UNLIMITED
## INTERNET ACCESS

SIGN UP TODAY!

**1-888-587-9669**

Mention Offer Code: DOLLAR

Visit www.peoplepc.com/go/dollar

PeoplePC is solely responsible for this offer, and is not affiliated with Capital One. Capital One does not provide, endorse or guarantee, and is not affiliated with, any product or service shown here. Any trademarks mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself to the company that provides this product - for example, that you are a Capital One customer.

*PeoplePC Online: First 3 months are billed at $4.97 per month; $9.95 per month thereafter. Offer available to new dial-up subscribers at least 18 years of age and may not be redeemed with any other offer. Offer subject to change at any time. Phone technical support available for $1.95 per minute.

†Accelerator is free for 12 months. Offer good for limited time. After the first 12 months, the Accelerated service will automatically revert to the standard PeoplePC Online service. Offer subject to change at anytime. With PeoplePC Online Accelerated, certain Web page text and graphics will load faster when compared to standard dial-up Internet service. Actual results may vary. PeoplePC Online Accelerated is only compatible with PeoplePC Online Internet service and specified Windows® browsers. PeoplePC Online Accelerated is not compatible with Windows® 95 with IE 5.5 SP2.

Service not available in all areas. Access fees, taxes, and other fees and restrictions may apply. Telephone toll charges may apply, even during trial periods. You are responsible for determining whether a call to one of our access numbers will result in telephone toll charges. Access may be limited, especially during times of peak usage. Dial-up numbers may be changed at PeoplePC's discretion. Continuous use subject to timeout procedures. All use is subject to PeoplePC Online's Services Agreement and Acceptable Use Policy. 56K is the maximum speed of service; actual speed may vary.

© 2005 PeoplePC Inc. All Rights Reserved. PeoplePC Online and its logos are trademarks of PeoplePC Inc. in the U.S. and other countries.
© 2005 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

000021



**peoplepc** online
A better way to Internet.

Now with
**FREE Accelerator**
for the first 12 months—a $60 value

**$4.97**
a month for
first 3 months;
$9.95/mo. thereafter

SIGN UP TODAY!
**1-888-587-9669**
Mention Offer Code: DIAMOND2
Or visit www.peoplepc.com/go/diamond2

**UNLIMITED INTERNET ACCESS**
PeoplePC Online offers all the features you would expect from higher-priced Internet Service Providers, including:

- Virus Protection powered by Symantec™
- Pop-Up Blocker™
- Spam Controls
- Smarter Smart Dialer Technology
- More Email Addresses
- Internet Call Waiting

**SPECIAL LIMITED-TIME OFFER FOR CAPITAL ONE® CARDHOLDERS!**

**Capital**One®

PLATINUM  VISA ACCOUNT                                   DEC 03, 2005 - JAN 02, 2006
-9509                                                    Page 1 of 1

| Account Summary | |
|---|---|
| Previous Balance | $.00 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $300.00 |
| Finance Charges | $.00 |
| New Balance | $300.00 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | February 02, 2006 |
| Total Credit Line | $300 |
| Total Available Credit | $.00 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $.00 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:        Send inquiries to:
Attn: Remittance Processing
Capital One Bank          Capital One
P.O. Box 790216           P.O. Box 30285
St. Louis, MO 63179-0216  SLC, UT 84130-0285

**Payments, Credits and Adjustments**

**Transactions**

| 1 | 12 DEC | THE HOME DEPOT 2709 TAYLOR MI | $300.00 |
|---|---|---|---|

This account's Non-Introductory Rates as of 12/20/05 are: purchase A.P.R. = 17.74%V, cash advance A.P.R. = 22.74%V and special transfer A.P.R. = 14.49%V. If the A.P.R. is followed by "V," then your corresponding A.P.R. is a variable rate.

**Finance Charges**                    Please see reverse side for Important Information

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $.00 | .04997%P | 18.24% | $.00 |
| CASH | $.00 | .06367%P | 23.24% | $.00 |

ANNUAL  PERCENTAGE  RATE applied this period                              0.00%

---

▼  PLEASE RETURN PORTION BELOW WITH PAYMENT

**Capital**One®      0000000   0   █████9509   02  030000009118001500

| New Balance | $300.00 |
|---|---|
| Minimum Amount Due | $15.00 |
| Payment Due Date | February 02, 2006 |
| Total enclosed | $ |
| Account Number: | ████-9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

Street _____  Apt. # ____
City _____  State ____  ZIP ____
Home Phone _____  Alternate Phone _____
Email Address _____

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9000368510549241#  MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD MI ████

Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.

000022



**UNLIMITED INTERNET ACCESS**


**SIGN UP TODAY!**

**1-888-587-9669**

Mention Offer Code: DIAMOND2
Or visit www.peoplepc.com/go/diamond2

PeoplePC is solely responsible for this offer, and is not affiliated with Capital One. Capital One does not provide, endorse or guarantee, and is not affiliated with, any product or service shown here. Any trademarks mentioned herein are solely owned by the respective entity. By responding to this offer, you may be communicating information about yourself to the company that provides this product – for example, that you are a Capital One customer.

*PeoplePC Online: First 3 months are billed at $4.97 per month; $9.95 per month thereafter. Offer available to new dial-up subscribers at least 18 years of age and may not be redeemed with any other offer. Offer subject to change at any time. Phone technical support available for $1.95 per minute.

†Accelerator is free for 12 months. Offer good for limited time. After the first 12 months, the Accelerated service will automatically revert to the standard PeoplePC Online service. Offer subject to change at anytime. With PeoplePC Online Accelerated, certain Web page text and graphics will load faster when compared to standard dial-up Internet service. Actual results may vary. PeoplePC Online Accelerated is only compatible with PeoplePC Online internet service and specified Windows® browsers. PeoplePC Online Accelerated is not compatible with Windows® 95 with IE 5.5 SP2.

Service not available in all areas. Access fees, taxes, and other fees and restrictions may apply. Telephone toll charges may apply, even during trial periods. You are responsible for determining whether a call to one of our access numbers will result in telephone toll charges. Access may be limited, especially during times of peak usage. Dial-up numbers may be changed at PeoplePC's discretion. Continued use subject to Internet procedures. All use is subject to PeoplePC Online's Services Agreement and Acceptable Use Policy, 56K is the maximum speed of service; actual speed may vary.

© 2006 PeoplePC Inc. All Rights Reserved. PeoplePC Online and its logos are trademarks of PeoplePC in the U.S. and other countries.

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.



## Capital One®

| | PLATINUM  VISA ACCOUNT | JAN 03 - FEB 02, 2006 |
|---|---|---|
| | -9509 | Page 1 of 1 |

**Account Summary**

| | |
|---|---|
| Previous Balance | $300.00 |
| Payments, Credits and Adjustments | $120.00 |
| Transactions | $61.44 |
| Finance Charges | $3.95 |
| | |
| New Balance | $245.39 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | March 02, 2006 |
| | |
| Total Credit Line | $300 |
| Total Available Credit | $54.61 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $54.61 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

**Payments, Credits and Adjustments**

| 1 | 03 JAN | CAPITAL  ONE ONLINE  ACH  PAYMENT | $100.00- |
| 2 | 30 JAN | CAPITAL  ONE ONLINE  ACH  PAYMENT | 20.00- |

**Transactions**

| 3 | 06 JAN | WAL-MART  #3336 WOODHAVEN  MI | $61.44 |

As a valued Capital One customer, you are eligible to receive a free Year-End  Summary for this specific account that recaps your 2005 charges, provided your account is in good standing and you have made transactions during the calendar year. Please go to www.capitalone.com and access your account to request your Year-End Summary online or call 1-877-794-4457  before March 31, 2006, to reserve your copy. Orders will be mailed out by the end of April 2006.

**Finance Charges** *Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $254.79 | .04997%P | 18.24% | $3.95 |
| CASH | $.00 | .06387%P | 23.24% | $.00 |

ANNUAL  PERCENTAGE   RATE  applied this period | | | | 18.24%

---

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

## Capital One®

0000000   0 ████████9509    02  0245390020000015009

| New Balance | $245.39 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | March 02, 2006 |
| | |
| Total enclosed | $ |
| Account Number: | ████████9509 |

*Please print mailing address and/or email changes below using blue or black ink.*

| Street | | Apt. # |
| City | State | ZIP |
| Home Phone | Alternate Phone | |
| Email Address | | |

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9003468510549246#    MAIL  ID  NUMBER
TERI  L  HINKLE
SOUTH  ROCKWOOD  MI  ████

*Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.*

# peoplepc™ online
### A better way to internet.

# UNLIMITED
# INTERNET ACCESS

**SIGN UP TODAY!**

# 1-888-587-9669

Mention Offer Code: PEARL
Or visit www.peoplepc.com/go/pearl

© 2008 PeoplePC Inc. All Rights Reserved. PeoplePC Online and its logos are trademarks of PeoplePC in the U.S. and other countries.
© 2009 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.



596847

Call TruGreen ChemLawn® today, and have more green in your lawn... and in your wallet.

**$24.95** *
FOR YOUR FIRST LAWN TREATMENT

Plus, receive a FREE lawn analysis

**TruGreen ChemLawn**
**Your lawn means more.**

A greener lawn starts at 1.866.270.3847

PROMO CODE C0SC160000

**Call and You'll Receive**

☑ Several treatments each season, customized to your lawn.

☑ A greener, more weed-free lawn — guaranteed!

**Capital**One | what's in your wallet?

**Capital**One®

PLATINUM VISA ACCOUNT
█████ 9509

FEB 03 - MAR 02, 2006
Page 1 of 1

| Account Summary | |
|---|---|
| Previous Balance | $245.39 |
| Payments, Credits and Adjustments | $15.00 |
| Transactions | $.00 |
| Finance Charges | $3.25 |
| New Balance | $233.64 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | April 01, 2006 |
| Total Credit Line | $300 |
| Total Available Credit | $66.36 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $66.36 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

**Important Account Information**

Please review the enclosed privacy information and retain it with your account records. Also visit www.capitalone.com/creditcards and click on the Visit the Guide to Benefits link to learn about your latest Visa or MasterCard. account benefits. The descriptions in this online guide replace any information you received in the past. For a printed copy of the Guide to Benefits, call the Customer Relations number on the back of your card.

**Payments, Credits and Adjustments**

| | | | |
|---|---|---|---|
| 1 | 03 FEB | CAPITAL ONE ONLINE ACH PAYMENT | $15.00- |

**Finance Charges**

Please see reverse side for important information

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $231.95 | .04997% P | 18.24% | $3.25 |
| CASH | $.00 | .06367% P | 23.24% | $.00 |
| ANNUAL PERCENTAGE RATE applied this period | | | | 18.24% |

---

▼▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼▼

**Capital**One®

0000000  0  █████ 9509   02  0233640015000015008

| | |
|---|---|
| New Balance | $233.64 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | April 01, 2006 |
| Total enclosed | $ |
| Account Number: | █████ 9509 |

Please print mailing address and/or e-mail changes below using blue or black ink

Street _____ Apt. #
City _____ State _____ ZIP
Home Phone _____ Alternate Phone @
Email Address

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9006268510549247#   MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD MI █████

Please write your account number on your check/money order made payable to Capital One Bank and mail in the enclosed envelope.

000026

**TruGreen ChemLawn**
**Your lawn means more.**

Capital One | what's in your wallet?

Because you are a valued Capital One® customer,
receive your first treatment from TruGreen ChemLawn® for only $24.95*!

**Visible results. Guaranteed.**

**We will work until you are satisfied, or refund the amount of your last treatment. Period.**

A greener lawn starts at 1.866.270.3847 PROMO CODE COSCTG0306

* Promotion code required at time of scheduling/ordering. Offer valid for new residential customers only. Not valid with other offers, on previous purchases, or existing services. Some restrictions may apply. Good on purchases made through www.servicemaster.com or 1-866-270-3847 and valid only with participating TruGreen ChemLawn® providers. Call for locations. Offer applies to lawns up to 5,000 square feet. For lawns over 5,000 square feet, please call for an estimate. Home services that require specialized licensing or certification will be performed by companies appropriately qualified and/or licensed. Offer void if copied or transferred and where prohibited. Any other use may constitute fraud. Cash value 1/100 of 1 cent. Offer expires 12/31/06.
TruGreen ChemLawn is solely responsible for this offer and is not affiliated with Capital One. Capital One does not provide, endorse, or guarantee any product or service shown here. By responding to this offer, you may be communicating information about yourself to the company that provides this offer--for example, that you are a Capital One customer. Any trademarks mentioned herein are solely owned by their respective entities.
© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

1. **How To Avoid A Finance Charge.**
   - †a. **Grace Period.** You will have a minimum grace period of 25 days without finance charge on new purchases, new balance transfers, new special purchases and new other charges if you pay your total "New Balance", in accordance with the Important Notice for payments below, and in time for it to be credited by your next statement closing date. There is no grace period on cash advances and special transfers. In addition, there is no grace period on any transaction if you do not pay the total "New balance."
   - b. **Accruing Finance Charge.** Transactions which are not subject to a grace period are assessed finance charge 1) from the date of the transaction or 2) from the date the transaction is processed to your Account or 3) from the first calendar day of the current billing period. Additionally, if you did not pay the "New Balance" from the previous billing period in full, finance charges continue to accrue to your unpaid balance until the unpaid balance is paid in full. This means that you may still owe finance charges, even if you pay the entire New Balance indicated on the front of your statement by the next statement closing date, but did not do so for the previous month. Unpaid finance charges are added to the applicable segment of your Account.
   - †c. **Minimum Finance Charge.** For each billing period that your account is subject to a finance charge, a minimum total FINANCE CHARGE of $0.50 will be imposed. If the total finance charge resulting from the application of your periodic rate(s) is less than $0.50, we will subtract that amount from the $0.50 minimum and the difference will be billed to the purchase segment of your account.
   - †d. **Temporary Reduction in Finance Charge.** We reserve the right to not assess any or all finance charges for any given billing period.
2. **Average Daily Balance (Including New Purchases).**
   - a. Finance charge is calculated by multiplying the daily balance of each segment of your account (e.g., cash advance, purchase, special transfer, and special purchase) by the corresponding daily periodic rate(s) that has been previously disclosed to you. At the end of each day during the billing period, we apply the daily periodic rate for each segment of your account to the daily balance of each segment. Then at the end of the billing period, we add up the results of these daily calculations to arrive at your periodic finance charge for each segment. We add up the results from each segment to arrive at the total periodic finance charge for your account. To get the daily balance for each segment of your account, we take the beginning balance for each segment and add any new transactions and any periodic finance charge calculated on the previous day's balance for that segment. We then subtract any payments or credits posted as of that day that are allocated to that segment. This gives us the separate daily balance for each segment of your account. However, if you paid the New Balance shown on your previous statement in full (or if your new balance was zero or a credit amount), new transactions which post to your purchase or special purchase segments are not added to the daily balances. We calculate the average daily balance by adding all the daily balances together and dividing the sum by the number of the days in the current billing cycle. To calculate your total finance charge, multiply your average daily balance by the daily periodic rate and by the number of days in the billing period. Due to rounding on a daily basis, there may be a slight variance between this calculation and the amount of finance charge actually assessed.
   - b. If the code Z or N appears on the front of this statement next to "Balance Rate Applied To," we multiply the average daily balance of each segment by your monthly periodic rate. To obtain the average daily balance for the billing period covered by this statement, we take the beginning balance of each segment each day, add any new transactions to each segment, and subtract any payments or credits. (If the code N appears on the front of this statement next to "Balance Rate Applied To," we also subtract any unpaid finance charge included in the balance of each segment.) This gives us the daily balance of each segment. Then, we add up all the daily balances for each segment for the billing period and divide by the total number of days in the billing period. This gives us the average daily balance of each segment.
3. **Annual Percentage Rates (APR).**
   - a. The term "Annual Percentage Rate" may appear as "APR" on the front of this statement.
   - b. If the code P (Prime), L (3-mo. LIBOR), C (Certificate of Deposit), or S (Bankcard Prime) appears on the front of this statement next to the periodic rate(s), the periodic rates and corresponding ANNUAL PERCENTAGE RATES may vary quarterly and may increase or decrease based on the stated indices, as found in *The Wall Street Journal*, plus the margin previously disclosed to you. These changes will be effective on the first day of your billing period covered by your periodic statement ending in the months January, April, July and October.
   - c. If the code D (Prime), F (1-mo. LIBOR) or G (3-mo. LIBOR Repriced Monthly) appears on the front of your statement next to the periodic rate(s), the periodic rates and corresponding ANNUAL PERCENTAGE RATES may vary monthly and may increase or decrease based on the stated indices, as found in *The Wall Street Journal*, plus the margin previously disclosed to you. These changes will be effective on the first day of your billing period each month.
4. **Assessment of Late, Overlimit and Returned Payment Fees.** Your account will be assessed no more than two of the fees listed here that occur during any billing period. Under the terms of your customer agreement, we reserve the right to waive or not to assess any fees without prior notification to you without waiving our right to assess the same or similar fees at a later time.
5. †**Renewing Your Account.** If a membership fee appears on the front of this statement, you have 30 days from the date this statement was mailed to you to avoid paying the fee or to have such fee credited to you if you cancel your account. During this period, you may continue to use your account without having to pay the membership fee. To cancel your account, you must notify us by calling our Customer Relations Department and pay your "New Balance" in full (excluding the membership fee) prior to the end of the thirty-day period.
6. **If You Close Your Account.** You can request to close your account by calling our Customer Relations Department. You must destroy your credit card(s) and account access checks, cancel all preauthorized billing, and cease using your account. If you do not cancel preauthorized billing arrangements, we will consider receipt of a charge your authorization to reopen your account. Additionally, your account will not be closed until you pay all amounts you owe us including: any transactions you have authorized, finance charges, past due fees, overlimit fees, returned payment fees, cash advance fees and any other fees assessed to your account. You are responsible for these amounts whether they appear on your account at the time you request to close the account or they are incurred subsequent to your request to close the account. This may result in charges appearing on your account after you have requested the account to be closed or the reopening of your account if it has already been closed. For example, if you authorized a purchase from a merchant and we receive the transaction from the merchant after your account has been closed, your account will be reopened, the amount of the charge will be added to your account, and you will be responsible for payment. If there is a membership fee for your account, the fee will continue to be charged, to the extent permitted by law, until the account balance has been paid in full as defined above.
7. **Using Your Account.** Your card or account cannot be used in connection with any internet gambling transactions.

BILLING RIGHTS SUMMARY
(In Case Of Errors Or Questions About Your Bill)
If you think your bill is wrong, or if you need more information on a transaction or bill, write to us on a separate sheet as soon as possible at the address for inquiries shown on the front of this statement. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can call our Customer Relations number, but doing so will not preserve your rights. In your letter, give us the following information: your name and account number, the dollar amount of the suspected error, a description of the error and an explanation, if possible, of why you believe there is an error; or if you need more information, a description of the item you are unsure about. You do not have to pay any amount in question while we are investigating it, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

¼† Special Rule For Credit Card Purchases

If you have a problem with the quality of property or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. You have this protection only when the purchase price was more than $50.00 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.) Please remember to sign all correspondence.

† *Does not apply to consumer non-credit card accounts*

¼ *Does not apply to business non-credit card accounts*

Capital One supports information privacy protection: see our website at www.capitalone.com.
Capital One is a federally registered service mark of Capital One Financial Corporation. All rights reserved. © 2003 Capital One

O1LGLBAK

**Important Notice:** Payments you mail to us will be credited to your account as of the business day we receive it, provided (1) you send the bottom portion of this statement and your check in the enclosed remittance envelope and (2) your payment is received in our processing center by 3 p.m. ET (12 noon PT). Please allow at least five (5) business days for postal delivery. Payments received by us at any other location or in any other form may not be credited as of the day we receive them. Our business days are Monday through Saturday, excluding holidays. Please do not use staples, paper clips, etc. when preparing your payment. When you send us a check(s), you authorize us to make a one-time electronic transfer debit from your bank account for the amount of the check. This authorization applies to all checks received during the billing cycle even if sent by someone else. If we cannot process the transfer, you authorize us to make a charge against your bank account using the check, a paper draft or other item.

696854

**Protect your home from unwanted guests with protection more homeowners trust.**

Receive a FREE termite inspection & SAVE

# 20%OFF*

**TERMINIX® TERMITE PLAN**




**TERMINIX**
*Ultimate Protection*

- Strongest guarantees** in the business
- Rapid response to your calls, questions, and needs
- Comprehensive inspections provide for early detection
- The industry's largest team of experts

Peace of mind starts at **1.866.270.3845**    PROMO CODE COXT0406

**Capital**One®

PLATINUM  VISA ACCOUNT
                 -9509

MAR 03 – APR 02, 2006
Page 1 of 1

### Account Summary

| | |
|---|---|
| Previous Balance | $233.64 |
| Payments, Credits and Adjustments | $40.00 |
| Transactions | $29.00 |
| Finance Charges | $3.51 |
| New Balance | $226.15 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | May 02, 2006 |
| Total Credit Line | $300 |
| Total Available Credit | $73.85 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $73.85 |

### At your service

To call Customer Relations or to report a lost or stolen card:

**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

### Payments, Credits and Adjustments

| 1 | 24 MAR | CAPITAL ONE ONLINE ACH PAYMENT | $40.00- |
|---|---|---|---|

### Transactions

| 2 | 02 APR | CAPITAL ONE MEMBER FEE | $29.00 |
|---|---|---|---|

### Finance Charges

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $223.42 | .05066%P | 18.49% | $3.51 |
| CASH | $.00 | .06436%P | 23.49% | $.00 |

ANNUAL  PERCENTAGE  RATE  applied this period          18.49%

▼ — PLEASE RETURN PORTION BELOW WITH PAYMENT — ▼

**Capital**One®

0000000   0 ████████ 9509    02  0226150040000015006

| | |
|---|---|
| New Balance | $226.15 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | May 02, 2006 |
| Total enclosed | $ |
| Account Number: | ████9509 |

*Please print mailing address and/or e-mail changes below using blue or black ink.*

| Street | Apt. # |
|---|---|
| City | State | ZIP |
| Home Phone | Alternate Phone |
| Email Address | @ |

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9009268510549244#   MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD  MI  ████

018467

*Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.*

# TERMINIX.
## Ultimate Protection

**Capital**One®  |  what's in your wallet?

Because you are a valued Capital One® customer, Terminix® is offering you generous benefits to help protect your family and home from termites. Terminix understands your life is busier than ever and wants to take the uncertainties out of your termite protection.

**Call Terminix today and keep your family and home out of harm's way.**

## Peace of mind starts at 1.866.270.3845   PROMO CODE COXT0406

053

**Capital**One | *what's in your wallet?'*

TERLHINKLE

# WHOOPS!

## You're behind by 1 payment.

It could happen to anyone. Make sure you pay the amount due on your statement as soon as possible.

**Keeping your credit in good standing can do a lot more than you think.**

GOOD CREDIT = **GOOD CREDIT REFERENCES**

**BETTER INTEREST RATES**
(good credit could mean lower interest rates)

**IMPROVED CHANCES TO GET APPROVED FOR LOANS** (when you want to buy a home or new car)

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.        053-08106

---

**Capital**One'

PLATINUM  VISA ACCOUNT                          APR 03 - MAY 02, 2006
-9509                                                      Page 1 of 1

| Account Summary | |
|---|---|
| Previous Balance | $226.15 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $58.15 |
| Finance Charges | $3.67 |
| New Balance | $287.97 |
| Minimum Amount Due | $30.00 |
| Payment Due Date | June 02, 2006 |
| Total Credit Line | $300 |
| Total Available Credit | $12.03 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $12.03 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790215
St. Louis, MO 63179-0216

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

**Payments, Credits and Adjustments**

Your scheduled payment has not been received. Please remit the amount due appearing on this statement. If you have already made your payment, please accept our thanks.

**Transactions**

| | | | |
|---|---|---|---|
| 1 | 19 APR | DOTS, INC. #170 SOUTHGATE  MI | $29.15 |
| 2 | 02 MAY | PAST DUE FEE | 29.00 |

Your account is one payment behind. Remember that making your minimum payments by the due date, keeps your account in good standing. When you miss a payment, late fees start adding up. And nobody wants that. So make sure you send in the minimum amount due on your statement to keep your account in good standing and to keep from paying extra fees.

You were assessed a past due fee of $29.00 on 05/02/2006 because your minimum payment was not received by the due date of 05/02/2006. To avoid this fee in the future, we recommend that you allow at least 7 business days for your payment to reach Capital One.

**Finance Charges**          *Please see reverse side for important information*

| | balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $241.46 | .05064%P | 18.49% | $3.67 |
| CASH | $.00 | .06436%P | 23.49% | $.00 |
| ANNUAL  PERCENTAGE  RATE applied this period | | | | 18.49% |

---

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

**Capital**One'        0000000  0  ████████9509   02  028979004000030004

| New Balance | $287.97 |
|---|---|
| Minimum Amount Due | $30.00 |
| Payment Due Date | June 02, 2006 |
| Total enclosed | $ |
| Account Number: | ████████9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

| Street | | Apt. # |
|---|---|---|
| City | State | ZIP |
| Home Phone | Alternate Phone | |
| Email Address | | @ |

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9012368510549247# MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD  MI

*Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.*

000030

**Capital**One®

what's in your wallet?

TERI L HINKLE

004

## LET'S TALK — WE'RE HERE TO HELP.

Sometimes unexpected expenses keep you from making your credit card payments. We understand. At Capital One,® we're here to help you keep your credit on track. Give us a call.

### Here are 3 easy ways to make a payment:

- Give one of our associates a call at 1.800.955.7070.
- Mail us the amount due on your statement.
- If you have Internet access, you can make a payment securely online by logging on to www.capitalone.com.

**YOU'RE BEHIND BY 2 PAYMENTS**

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.   064-07764

---

**Capital**One®

PLATINUM  VISA ACCOUNT
█████-9509

MAY 03 - JUN 02, 2006
Page 1 of 1

### Account Summary

| | |
|---|---|
| Previous Balance | $287.97 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $29.00 |
| Finance Charges | $4.56 |
| New Balance | $321.53 |
| Minimum Amount Due | $45.00 |
| Payment Due Date | July 01, 2006 |
| Total Credit Line | $300 |
| Total Available Credit | $.00 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $.00 |

### At your service

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

| Send payments to: | Send inquiries to: |
|---|---|
| Attn: Remittance Processing | Capital One |
| Capital One Bank | P.O. Box 30285 |
| P.O. Box 790216 | SLC, UT 84130-0285 |
| St. Louis, MO 63179-0216 | |

### Important Account Information

Take control and start paying your bill online for free. Eliminate the hassle of writing checks, finding stamps, and sealing envelopes. Everything you need to access, review, and pay your bill is available online. Our website offers you a convenient, simple, and secure way to manage your account. Visit www.capitalone.com and register your account to start simplifying your life today!

### Payments, Credits and Adjustments

### Transactions

| 1 | 02 JUN  PAST DUE FEE | $29.00 |
|---|---|---|

You're behind by two payments. Let's talk. If you're having financial difficulties and can't make your minimum payment - we want to help. Let's work together to find a solution that works best for you. Give us a call at 1.800.955.7070.

**Important Notice** Your account was past due. Under the terms we previously disclosed to you, if your account is past due again in the next 12 billing cycles, your Annual Percentage Rates (A.P.R.s) may increase.

You were assessed a past due fee of $29.00 on 06/02/2006 because your minimum payment was not received by the due date of 06/02/2006. To avoid this fee in the future, we recommend that you allow at least 7 business days for your payment to reach Capital One.

### Finance Charges

Please see reverse side for important information

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $290.15 | .050606% P | 18.49% | $4.56 |
| CASH | $.00 | .064366% P | 23.49% | $.00 |

**ANNUAL  PERCENTAGE  RATE  applied this period**                     **18.49%**

---

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT

**Capital**One®

0000000  0  ████████9509    02  0321530040000045007

| | |
|---|---|
| New Balance | $321.53 |
| Minimum Amount Due | $45.00 |
| Payment Due Date | July 01, 2006 |
| Total enclosed | $ |
| Account Number: | ████████9509 |

Please print mailing address/or center e-mail changes below using blue or black ink

| Street | Apt # |
|---|---|
| City | State   ZIP |
| Home Phone | Alternate Phone |
| Email Address | @ |

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9015468510549242#  MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD MI ████████

Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.

**1. How To Avoid A Finance Charge.**

**a. Grace Period.** You will have a minimum grace period of 25 days without finance charge on new purchases, new balance transfers, new special purchases and new other charges if you pay your total "New Balance", in accordance with the Important Notice for payments below, and in time for it to be credited by your next statement closing date. There is no grace period on cash advances and special transfers. In addition, there is no grace period on any transaction if you do not pay the total "New Balance".

**b. Accruing Finance Charge.** Transactions which are not subject to a grace period and assessed finance charge (1) from the date of the transaction or (2) from the date the transaction is processed to your Account or (3) from the first calendar day of the current billing period. Additionally, if you did not pay the "New Balance" from the previous billing period in full, finance charges continue to accrue to your unpaid balance until the balance is paid in full. This means that you may still owe finance charges, even if you pay the entire New Balance indicated on the front of your statement by the next statement closing date, but did not do so for the previous month. Unpaid finance charges are added to the applicable segment of your Account.

**c. Minimum Finance Charge.** For each billing period that your account is subject to a finance charge, a minimum total FINANCE CHARGE of $0.50 will be imposed. If the total finance charge resulting from the application of your periodic rate(s) is less than $0.50, we will subtract that amount from the $0.50 minimum and the difference will be billed to the purchase segment of your account.

**d. Temporary Reduction in Finance Charge.** We reserve the right to not assess any or all finance charges for any given billing period.

**2. Average Daily Balance (Including New Purchases).**

**a.** Finance charge is calculated by multiplying the daily balance of each segment of your account (e.g., cash advances, purchases, special transfer, and special purchases) by the corresponding daily periodic rate(s) that has been previously disclosed to you. At the end of each day during the billing period, we apply the daily periodic rate for each segment of your account to the daily balance of each segment. Then at the end of the billing period, we add up the results of those balances calculations to arrive at your periodic finance charge for each segment. To get the daily balance for each segment of your account, we take the beginning balance for each segment and add any new transactions and any periodic finance charge calculated on the previous day's balance for that segment. We then subtract any payments or credits posted as of that day that are allocated to that segment. This gives us the separate daily balance for each segment of your account. However, if you paid the New Balance shown on your previous statement in full by (or if your new balance was zero or a credit amount), new transactions which post to your purchase or special purchase segments are not added to the daily balances. We calculate the average daily balance by adding all the daily balances together and dividing the sum by the number of the days in the current billing cycle. To calculate your total finance charge, multiply your average daily balance by the daily periodic rate and by the number of days in the billing period. Due to rounding on a daily basis, there may be a slight variance between this calculation and the amount of finance charge actually provided.

**b.** If the code C or H appears on this statement next to "Balance Rate Applied To," we multiply the average daily balance of each segment by your monthly periodic rate. To obtain the average daily balance for the billing period covered by its statement, we take the beginning balance of each segment each day, add any new transaction in each segment, and subtract any payments or credits. If the code H appears on the front of this statement next to "Balance Rate Applied To," we also subtract any unpaid finance charge included in the balance of each segment. This, we add up all the daily balances for each segment. Then, we add up all the daily balances for the billing period and divide by the total number of days in the billing period. This gives us the average daily balance of each segment.

**3. Annual Percentage Rates (APR).**

**a.** The term "Annual Percentage Rate" may appear as "APR" on the front of this statement.

**b.** If the code P (Prime), L (Libor, LIBOR), C (Certificate of Deposit), or S (Bankcard Prime) appears on the front of this statement next to the periodic rate(s), the periodic rates and corresponding ANNUAL PERCENTAGE RATES may vary quarterly and may increase or decrease based on the stated Indices, as found in The Wall Street Journal, plus the margin previously disclosed to you. These changes will be effective on the first day of your billing period covered by your periodic statement ending in the months January, April, July and October.

**c.** If the code O (Prime), F (1-mo. LIBOR) or G (3-mo. LIBOR Reprice/ Monthly) appears on the front of your statement next to the periodic rate(s), the periodic rates and corresponding ANNUAL PERCENTAGE RATES may vary monthly and may increase or decrease based on the stated indices, as found in The Wall Street Journal, plus the margin previously disclosed to you. These changes will be effective on the first day of your billing period each month.

**4. Assessment of Late, Overlimit and Returned Payment Fees.** Your account will be assessed no more than two of the fees listed in this statement during any billing period. Under the terms of your customer agreement, we reserve the right to waive or not to assess any fees without prior notification to you without waiving our right to assess the same or similar fees at a later time.

**5.[*] Renewing Your Account.** If a membership fee appears on the front of this statement, you have 30 days from the date this statement was mailed to you to avoid paying the fee or to have such fee credited to you if you cancel your account. During this period, you may continue to use your account without having to pay the membership fee. To cancel your account, you must notify us by calling our Customer Relations Department and pay your "New Balance" in full (excluding the membership fee) prior to the end of the thirty-day period.

**6.** If You Close Your Account. You can request to close your account by calling our Customer Relations Department. You must destroy your credit card(s) and account access checks, cancel all preauthorized billing, and cease using your account. If you do not open an account and submit arrangements, we will consider receipt of a charge your authorization to reopen your account. Additionally, your account will not be closed until you pay all amounts you owe us including: any transactions you have authorized, finance charges, past due fees, overlimit fees, returned payment fees, cash advance fees and any other fees assessed to your account. You are responsible for all amounts whether they appear on your account as the time you request to close the account or they are incurred subsequent to your request to close the account. This may result in charges appearing on your account after you have requested the account to be closed or the reopening of ...

your account if it has already been closed. For example, if you authorized a purchase from a merchant and we receive the transaction from the merchant after your account has been closed, your account will be reopened, the amount of the charge will be added to your account, and you will be responsible for payment. If there is a membership fee for your account, the fee will continue to be charged to the extent permitted by law, until the account balance has been paid in full as defined above.

**7.** Using Your Account. Your card or account cannot be used in connection with any internet gambling transactions.

**BILLING RIGHTS SUMMARY**

**In Case Of Errors Or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet as soon as possible at the address for inquiries shown on the front of this statement. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can call our Customer Relations number, but doing so will not preserve your rights. In your letter, give us the following information: your name and account number, the dollar amount of the suspected error, a description of the error and an explanation, if possible, of why you believe there is an error; or if you need more information, a description of the item you are unsure about. You do not have to pay any amount in question while we are investigating it, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**[*] Special Rule For Credit Card Purchases**
If you have a problem with the quality of property or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. You have this protection only when the purchase price was more than $50.00 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.) Please remember to sign all correspondence.

**† Does not apply to consumer non-credit card accounts**

**‡ Does not apply to business non-credit card accounts**

Capital One secures information privacy protection see our website at www.capitalone.com.
Capital One is a federally registered service mark of Capital One Financial Corporation. All rights reserved. © 2003 Capital One

©11LGLBAK

Important Notice: Payments you mail to us will be credited to your account as of the business day we receive it, provided (1) you send the bottom portion of this statement and your check in the enclosed remittance envelope and (2) your payment is received in our processing center by 5 p.m. ET (12 noon PT). Please allow at least five (5) business days for postal delivery. Payments received by us at any other location or in any other form may not be credited as of the day we receive them. Our business days are Monday through Saturday, excluding holidays. Please do not use staples, paper clips, etc. when preparing your payment. When you send us a physical check, you authorize us to make a one-time electronic transfer from your account for the amount of the check. This authorization applies to all checks received during the billing cycle even if sent by someone else. If we cannot process the transfer, you authorize us to make a charge against your bank account using the check, a paper draft or other item.

000033



**Special Capital One Cardholders Offer!**

First 3 months half-price

**$4.97**
a month
$9.95/mo. thereafter*

SIGN UP TODAY!
**1-877-778-1207**
Mention Offer Code: CORAL
Or visit www.peoplepc.com/go/coral

**peoplepc™ online**
A better way to Internet.

PeoplePC Online offers the features you would expect from higher-priced Internet Service Providers at half price for the first 3 months!

- Email Virus Protection
- Pop-Up Blocker™
- Spam Controls
- Smart Dialer
- Phisher Security
- Internet Call Waiting

**UNLIMITED INTERNET ACCESS**

---

**Capital One®**

003

PLATINUM VISA ACCOUNT
-9509

JUN 03 - JUL 02, 2006
Page 1 of 1

### Account Summary

| | |
|---|---|
| Previous Balance | $321.53 |
| Payments, Credits and Adjustments | $45.00 |
| Transactions | $.00 |
| Finance Charges | $7.32 |
| New Balance | $283.85 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | August 02, 2006 |
| Total Credit Line | $300 |
| Total Available Credit | $16.15 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $16.15 |

### At your service

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

### Important Account Information

Take control and start paying your bill online for free. Eliminate the hassle of writing checks, finding stamps, and sealing envelopes. Everything you need to access, review, and pay your bill is available online. Our website offers you a convenient, simple, and secure way to manage your account. Visit www.capitalone.com and register your account to start simplifying your life today!

### Payments, Credits and Adjustments

| | | | |
|---|---|---|---|
| 1 | 29 JUN | CAPITAL ONE ONLINE ACH PAYMENT | $45.00- |

**Important Notice** Under the terms we previously disclosed to you, some or all of your Annual Percentage Rates (A.P.R.s) have been increased since your account was past due twice in the past 12 billing cycles. Remember: If we receive your minimum monthly payment on time for 12 consecutive billing cycles, this account will be reviewed for a possible return to your Non-Introductory A.P.R.

### Finance Charges

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $349.11 | .0764450D | 27.90% | $7.32 |
| CASH | $.00 | .0764450D | 27.90% | $.00 |
| ANNUAL PERCENTAGE RATE applied this period | | | | 27.90% |

---

▼ **PLEASE RETURN PORTION BELOW WITH PAYMENT** ▼

**Capital One®**

0000000   0   ████9509   02   0283850045000015006

| | |
|---|---|
| New Balance | $283.85 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | August 02, 2006 |
| Total enclosed | $ |
| Account Number: | ████-9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

Street _____ Apt. #

City _____ State ___ ZIP ___

Home Phone _____ Alternate Phone _____

Email Address _____

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9018368510549241#   MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD  MI ████

Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.

000034

**peoplepc™ online**
A better way to Internet.

# UNLIMITED
# INTERNET ACCESS

**SIGN UP TODAY!**
**1-877-778-1207**
Mention Offer Code: CORAL
Or visit www.peoplepc.com/go/coral

PeoplePC is solely responsible for this offer, and is not affiliated with Capital One. Capital One does not provide, endorse or guarantee, and is not affiliated with, any product or service shown here. Any trademarks mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself to the company that provides this product – for example, that you are a Capital One customer.

*PeoplePC Online: First 3 months of service are billed at $4.92 a month; $9.95 a month thereafter. Offer available to new dial-up subscribers at least 18 years of age and may not be redeemed with any other offer. Offer subject to change at any time. Phone technical support available for $1.95 per minute.

For questions, call toll-free at 1-888-5TRYNOW.

Service not available in all areas. Access fees, taxes, and other fees and restrictions may apply. Telephone toll charges may apply, even during trial periods. You are responsible for determining whether a call to one of our access numbers will result in telephone toll charges. Access may be limited, especially during times of peak usage. Dial-up numbers may be changed at PeoplePC's discretion. Continuous use subject to timeout procedures. All use is subject to PeoplePC Online's Services Agreement and Acceptable Use Policy. 56K is the maximum speed of service; actual speed may vary.

© 2006 PeoplePC Inc. All Rights Reserved. PeoplePC Online and its logos are registered trademarks of PeoplePC in the U.S. and other countries.
© 2005 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

[Dense fine-print credit card account terms and conditions, largely illegible, covering: 1. How To Avoid A Finance Charge; 2. Average Daily Balance (Including New Purchases); 3. Annual Percentage Rates (APR); 4. Assessment of Late, Overdraft and Returned Payment Fees; 5. Renewing Your Account; 6. If You Close Your Account; Billing Rights Summary – In Case Of Errors Or Questions About Your Bill; 7. Using Your Account; and related sections.]

Important Notice: Payments you mail to us will be credited to your account as of the business day we receive it, provided (1) you send the bottom portion of this statement and your check is the enclosed remittance envelope and (2) your payment is received in our processing center by 3 p.m. ET (12 noon PT). Please allow at least five (5) business days for postal delivery. Payments received by us at any other location or in any other form may not be credited as of the day we receive them. Our business days are Monday through Saturday, excluding holidays. Please do not use staples, paper clips, tape, or correspondence with your payment (unless it is a check(s), you authorize us to make a one-time electronic transfer debit from your bank account for the amount of the check. This authorization applies to all checks received during the billing cycle sent by someone else. If we cannot process the transfer, you authorize us to make a charge against your bank account using the check, a paper draft or other form.



## Capital One®

PLATINUM  VISA ACCOUNT

9509

JUL 03 - AUG 02, 2006

Page 1 of 1

**Payments, Credits and Adjustments**

| | | | |
|---|---|---|---|
| 1 | 02 AUG | CAPITAL ONE ONLINE ACH PAYMENT | $25.00- |

**Account Summary**

| | |
|---|---|
| Previous Balance | $283.85 |
| Payments, Credits and Adjustments | $25.00 |
| Transactions | $.00 |
| Finance Charges | $6.85 |
| New Balance | $265.70 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | September 02, 2006 |
| Total Credit Line | $300 |
| Total Available Credit | $34.30 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $34.30 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

| Send payments to: | Send inquiries to: |
|---|---|
| Attn: Remittance Processing | Capital One |
| Capital One Bank | P.O. Box 30285 |
| P.O. Box 790216 | SLC, UT 84130-0285 |
| St. Louis, MO 63179-0216 | |

**Important Account Information**

Take control and start paying your bill online for free. Eliminate the hassle of writing checks, finding stamps, and sealing envelopes. Everything you need to access, review, and pay your bill is available online. Our website offers you a convenient, simple, and secure way to manage your account. Visit www.capitalone.com and register your account to start simplifying your life today!

**Finance Charges**                     Please see reverse side for important information

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $286.35 | .07712%D | 28.15% | $6.85 |
| CASH | $.00 | .07712%D | 28.15% | $.00 |

ANNUAL  PERCENTAGE  RATE applied this period                     28.15%

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

## Capital One®

0000000   0   ▮▮▮▮9509   02   0265700025000015009

| | |
|---|---|
| New Balance | $265.70 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | September 02, 2006 |
| Total enclosed | $ |
| Account Number: | ▮▮▮▮9509 |

Please print mailing address and/or e-mail changes below using blue or black ink.

| Street | Apt.# |
|---|---|
| City | State | ZIP |
| Home Phone | Alternate Phone |
| Email Address | @ |

Capital One Bank
P.O. Box 790216
St. Louis, MO 63179-0216

#9021568510549241#   MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD  MI

Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.

C00036

peoplepc™ online
A better way to Internet.

**UNLIMITED INTERNET ACCESS**

**SIGN UP TODAY!**
**1-877-778-1207**
Mention Offer Code: JADE
Or visit www.peoplepc.com/go/jade

PeoplePC is solely responsible for this offer, and is not affiliated with Capital One. Capital One does not provide, endorse or guarantee, and is not affiliated with, any product or service shown here. Any trademarks mentioned herein are solely owned by the respective entity. All rights reserved. By responding to this offer, you may be communicating information about yourself to the company that provides this product – for example, that you are a Capital One customer.

"PeoplePC Online: First 3 months of service are billed at $4.97 a month; $9.95 a month thereafter. Offer available to new dial-up subscribers at least 18 years of age and may not be redeemed with any other offer. Offer subject to change at any time. Phone technical support available for $1.95 per minute.

For questions, call toll-free at 1-877-778-1207.

Service not available in all areas. Access fees, taxes, and other fees and restrictions may apply. Telephone toll charges may apply, even during trial periods. You are responsible for determining whether a call is one of our access numbers will result in telephone toll charges. Access may be limited, especially during times of peak usage. Dial-up numbers may be changed at PeoplePC's discretion. Continuous use subject to timeout procedures. All use is subject to PeoplePC Online's Services Agreement and Acceptable Use Policy. 56K is the maximum speed of service; actual speed may vary.

© 2006 PeoplePC Inc. All Rights Reserved. PeoplePC Online and its logos are registered trademarks of PeoplePC in the U.S. and other countries.
© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

000037

**CapitalOne** | what's in your wallet?®

TERI L HINKLE

053

# WHOOPS!
## You're behind by 1 payment.

**It could happen to anyone. Make sure you pay the amount due on your statement as soon as possible.**

**Keeping your credit in good standing can do a lot more than you think.**

GOOD CREDIT = **GOOD CREDIT REFERENCES**

**BETTER INTEREST RATES**
(good credit could mean lower interest rates)

**IMPROVED CHANCES TO GET APPROVED FOR LOANS** (when you want to buy a home or new car)

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.     053-08106

---

**CapitalOne**

PLATINUM  VISA ACCOUNT                AUG 03 - SEP 02, 2006
-9509                                        Page 1 of 1

**Account Summary**

| | |
|---|---|
| Previous Balance | $265.70 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $55.94 |
| Finance Charges | $6.47 |
| | |
| New Balance | $328.11 |
| Minimum Amount Due | $30.00 |
| Payment Due Date | October 02, 2006 |
| | |
| Total Credit Line | $300 |
| Total Available Credit | $.00 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $.00 |

**At your service**

To call Customer Relations or to report a lost or stolen card:

**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 60024
City Indust CA 91716-0024

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

**Important Account Information**

Beginning October 1st, 2006, based on your account activity you may be assessed more than two late, overlimit, or returned check fees that occur during any billing period.

**Payments, Credits and Adjustments**

Your scheduled payment has not been received. Please remit the amount due appearing on this statement. If you have already made your payment, please accept our thanks.

**Transactions**

| 1 | 01 SEP | DR *Laughingbird Softw www.myord.com MN | $26.94 |
|---|--------|------------------------------------------|--------|
| 2 | 02 SEP | PAST DUE FEE | 29.00 |

Your account is one payment behind. Remember that making your minimum payment by the due date, keeps your account in good standing. When you miss a payment, late fees start adding up. And nobody wants that. So make sure you send in the minimum amount due on your statement to keep your account in good standing and to keep from paying extra fees.

NOTICE:  Look for a new statement design for your Capital One credit card beginning next month. A summary of the key changes will be provided with your new statement.

You were assessed a past due fee of $29.00 on 09/02/2006 because your minimum payment was not received by the due date of 09/02/2006. To avoid this fee in the future, we recommend that you allow at least 7 business days for your payment to reach Capital One.

**Finance Charges**

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $270.53 | .07712% D | 28.15% | $6.47 |
| CASH | $.00 | .07712% D | 28.15% | $.00 |
| | | | | |
| ANNUAL  PERCENTAGE  RATE applied this period | | | | 28.15% |

▼  PLEASE RETURN PORTION BELOW WITH PAYMENT  ▼

---

**CapitalOne**

0000000   0        9509    02   0328110025000030007

| | |
|---|---|
| New Balance | $328.11 |
| Minimum Amount Due | $30.00 |
| Payment Due Date | October 02, 2006 |
| | |
| Total enclosed | $ |
| Account Number: | 9509 |

*Please print mailing address and/or e-mail changes below using blue or black ink.*

Street                                Apt. #

City                   State          ZIP

Home Phone             Alternate Phone

Email Address

⌐                                          ⌐
Capital One Bank                    #9024668510549246#   MAIL ID NUMBER
P.O. Box 60024                      TERI L HINKLE
City Indust CA 91716-0024           SOUTH ROCKWOOD MI
                                                           ⌐

*Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.*

000038

## BILLING RIGHTS SUMMARY

**In Case Of Errors Or Questions About Your Bill**

000039

**CapitalOne**
what's in your wallet?®

TERI L HINKLE

**YOU'RE BEHIND BY**

# 2

# PAYMENTS

054

## LET'S TALK — WE'RE HERE TO HELP.

Sometimes unexpected expenses keep you from making your credit card payments. We understand. At Capital One,® we're here to help you keep your credit on track. Give us a call.

### Here are 3 easy ways to make a payment:

- Give one of our associates a call at 1.800.955.7070.
- Mail us the amount due on your statement.
- If you have Internet access, you can make a payment securely online by logging on to www.capitalone.com.

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.     054-07754

---

**CapitalOne**®

PLATINUM  VISA ACCOUNT
          9509

SEP 03 - OCT 02, 2006
Page 1 of 1

### Account Summary

| | |
|---|---|
| Previous Balance | $328.11 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $58.00 |
| Finance Charges | $7.70 |
| **New Balance** | **$393.81** |
| Minimum Amount Due | $93.81 |
| Payment Due Date | November 02, 2006 |
| Total Credit Line | $300 |
| Total Available Credit | $.00 |
| Credit Line for Cash | $300 |
| Available Credit for Cash | $.00 |

### At your service

To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 60024
City Indust CA 91716-0024

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

### Payments, Credits and Adjustments

### Transactions

| | | | |
|---|---|---|---|
| 1 | 02 OCT | OVERLIMIT FEE | $29.00 |
| 2 | 02 OCT | PAST DUE FEE | 29.00 |

You're behind by two payments. Let's talk. If you're having financial difficulties and can't make your minimum payment – we want to help. Let's work together to find a solution that works best for you. Give us a call at 1.800.955.7070.

You were assessed a past due fee of $29.00 on 10/02/2006 because your minimum payment was not received by the due date of 10/02/2006. To avoid this fee in the future, we recommend that you allow at least 7 business days for your payment to reach Capital One.

### Finance Charges

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $332.77 | .07712%D | 28.15% | $7.70 |
| CASH | $.59 | .07712%D | 28.15% | $.00 |

ANNUAL PERCENTAGE RATE applied this period        28.15%

---

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

**CapitalOne**®

0000000  0        9509    02   0393810025000093818

Please print mailing address and/or e-mail changes below using blue or black ink.

| | |
|---|---|
| New Balance | $393.81 |
| Minimum Amount Due | $93.81 |
| Payment Due Date | November 02, 2006 |
| Total enclosed | $ |
| Account Number: | -9509 |

Street                          Apt. #
City              State         ZIP
Home Phone        Alternate Phone
Email Address

Capital One Bank
P.O. Box 60024
City Indust CA 91716-0024

#9027668510549243#  MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD MI

Please write your account number on your check/money order made payable to Capital One Bank and mail in the enclosed envelope.

000040

000041



**Capital One**

¦ what's in your wallet?®

TERI L HINKLE

## YOU'RE BEHIND BY
# 3
## PAYMENTS

600010

# MAKE A PAYMENT. AND TAKE CONTROL
# OF YOUR CREDIT WITH CAPITAL ONE.®

Your account is temporarily unusable. The good news is, by paying the amount due on your statement, you can still bring your account into good standing.

**Let's work together to bring your account back to good standing.**

You can make a payment with our _free_ check by phone service or speak to an associate by calling 1.800.955.6600.

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.          600010-06503

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $393.81 | $0.00 | $9.55 | $58.00 | $461.36 | $161.36 | Dec. 02, 2006 |

PLEASE PAY AT LEAST THIS AMOUNT

Oct. 03, 2006 — Nov. 02, 2006     Page 1 of 1

You're behind by three payments. That means you are temporarily unable to make new purchases or get cash advances. But you can regain your Capital One charging privileges and bring your account into good standing by paying the amount due on your statement. If you're having financial difficulties and you're feeling overwhelmed - we want to help. Give one of our associates a call at 1.800.955.6600. You'd be surprised what we can do together to work this out.

**Visa Platinum Account**
-9509

**Your Account Information**

| TOTAL CREDIT LINE | $300.00 |
|---|---|
| TOTAL AVAILABLE CREDIT | $0.00 |
| CREDIT LINE FOR CASH | $300.00 |
| AVAILABLE CREDIT FOR CASH | $0.00 |

**\*\*Important Notice\*\*** Under the terms we previously disclosed to you, your account is now eligible for an increase in Annual Percentage Rates (APRs) effective immediately. However, Capital One has elected not to raise your APRs at this time. Please be advised that if you fail to keep your account in good standing, Capital One reserves the right to raise your APRs in the future.

| Finance Charges | (Please see reverse for additional information) | | | |
|---|---|---|---|---|
| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
| Purchases | $399.33 | 0.0771292D | 28.15% | $9.55 |
| Cash | $0.00 | 0.0771292D | 28.15% | $0.00 |
| ANNUAL PERCENTAGE RATE applied this period: | | | 28.15% | |

**Payments, Credits & Adjustments**

Transactions

| | | | |
|---|---|---|---|
| 1 | 02 NOV | PAST DUE FEE | $29.00 |
| 2 | 02 NOV | OVERLIMIT FEE NOV 02, 2006 | $29.00 |

You were assessed a past due because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One.

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank fi P.O. Box 60024 fi City of Industry, CA 91716-0024

Send inquiries to:
Capital One fi P.O. Box 30285 fi Salt Lake City, UT 84130-0285

6056     506     1   7   2   061102     PAGE 1 of 1     01BC6056

**PLEASE RETURN PORTION BELOW WITH PAYMENT**

---

0 [blank] 9509 02 0461360025000161364

**Capital One** ¦ what's in your wallet?®

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $461.36 | $161.36 | Dec. 02, 2006 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Account Number [blank]-9509

Please print address or phone changes below using blue or black ink.
Address _____

Home Phone _____ Alternate Phone _____
E-mail address _____ @ _____

#9030768510549246# MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD, MI [blank]
¼4817997248011¼

Capital One Bank        4336
P.O. Box 60024
City of Industry, CA 91716-0024
¾49171600242444¾

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

000042

000043

**Capital**One
| what's in your wallet?®

TERI L HINKLE

500011

## TAKE CONTROL OF YOUR CAPITAL ONE® ACCOUNT AND KEEP IT FROM BEING PERMANENTLY UNUSABLE.

We're here to help. You can regain your charging privileges and bring your account back into good standing by paying the amount due on your statement.

**Let's work together to bring your account back to good standing.**

You can make a payment with our _free_ check by phone service or speak to an associate by calling 1.800.955.6600.

**YOU'RE BEHIND BY**
**4**
**PAYMENTS**

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.        500011-08503

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $461.36 | $0.00 | $10.82 | $29.00 | $501.18 | $201.18 | Jan. 02, 2007 |

Nov. 03, 2006— Dec. 02, 2006        Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

---

**Visa Platinum Account**
9509

**Your Account Information**

| | |
|---|---|
| TOTAL CREDIT LINE | $300.00 |
| TOTAL AVAILABLE CREDIT | $0.00 |
| CREDIT LINE FOR CASH | $300.00 |
| AVAILABLE CREDIT FOR CASH | $0.00 |

**Finance Charges**   (Please see reverse for other information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $467.52 | 0.07712%D | 28.15% | $10.82 |
| Cash | $0.00 | 0.07712%D | 28.15% | $0.00 |
| ANNUAL PERCENTAGE RATE applied this period: | | | 28.15% | |

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank fl P.O. Box 60024 fl City of Industry, CA 91716-0024

Send inquiries to:
Capital One fl P.O. Box 30285 fl Salt Lake City, UT 84130-0285

You're behind by four payments. You still can't make any new purchases or cash advances on your account. But you can still regain your charging privileges and bring your account back into good standing by paying the amount due on your statement within the next 30 days. Unfortunately, if we don't receive a sufficient payment, we may have to permanently suspend your charging privileges. Need help? Give us a call at 1.800.955.6600. We'll work together to see what your options are to rebuild your account status.

**Important Notice** Under the terms we previously disclosed to you, your account is now eligible for an increase in Annual Percentage Rates (APRs) effective immediately. However, Capital One has elected not to raise your APRs at this time. Please be advised that if you fail to keep your account in good standing, Capital One reserves the right to raise your APRs in the future.

**Payments, Credits & Adjustments**

| Transactions | | |
|---|---|---|
| 1-  02 DEC   PAST DUE FEE | | $29.00 |

You were assessed a past due fee because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One.

6056    506    1  7  2  061202     PAGE 1 of 1              018C6056
PLEASE RETURN PORTION BELOW WITH PAYMENT

---

**Capital**One | what's in your wallet?®

0-        9509 02 0301180025000201182

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $501.18 | $201.18 | Jan. 02, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

**Amount Enclosed**  [          .    ]

**Account Number**            9509

Please print address or phone number changes below using blue or black ink.
Address _____

Home Phone _____  Alternate Phone _____
E-mail address _____  @ _____

#9033768510549243# MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD, MI
%48179972480l7%

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024
%91716002424%

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

000044

**Capital**One®
| what's in your wallet?®

500012

# IT'S STILL NOT TOO LATE.

TERI L HINKLE

Your account is unusable. But, we can help you prevent further damage to your credit record. Please pay the amount due on your statement within 30 days. Remember we're here to help!

## YOU'RE BEHIND BY
## 5
## PAYMENTS

### Let's work together to find a solution that's right for you.

You can make a payment with our _free_ check by phone service or speak to an associate by calling 1.800.955.6600.

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.      500012-08503

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $501.18 | $0.00 | $12.14 | $29.00 | $542.32 | $242.32 | Feb. 02, 2007 |

Dec. 03, 2006 – Jan. 02, 2007      Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

You're behind by five payments so we've previously suspended your charging privileges. If you don't make a sufficient payment within 30 days of the Payment Due Date shown on this statement, we'll charge off your account and report the charged-off status to the national credit bureaus. Please don't let this happen. If you're feeling overwhelmed, call us at 1.800.955.6600. We'll work with you to resolve this matter.

Visa Platinum Account
—9509
**Your Account Information**
| | |
|---|---|
| TOTAL CREDIT LINE | $300.00 |
| TOTAL AVAILABLE CREDIT | $0.00 |
| CREDIT LINE FOR CASH | $300.00 |
| AVAILABLE CREDIT FOR CASH | $0.00 |

\*\*Important Notice\*\* Under the terms we previously disclosed to you, your account is now eligible for an increase in Annual Percentage Rates (APRs) effective immediately. However, Capital One has elected not to raise your APRs at this time. Please be advised that if you fail to keep your account in good standing, Capital One reserves the right to raise your APRs in the future.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Finance Charges** (Please see reverse for further information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $507.95 | 0.077129D | 28.15% | $12.14 |
| Cash | $0.00 | 0.077129D | 28.15% | $0.00 |
| ANNUAL PERCENTAGE RATE applied this period: | | | 28.15% | |

Payments, Credits & Adjustments

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Transactions
| | | |
|---|---|---|
| 1 | 02 JAN   PAST DUE FEB | $29.00 |

Send payments to:
Capital One Bank fi P.O. Box 60024 fi City of Industry, CA 91

You were assessed a past due fee because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One.

Send inquiries to:
Capital One fi P.O. Box 30285 fi Salt Lake City, UT 84130-0285

6056      506      1   7   2   070202      PAGE 1 of 1      018C6056
PLEASE RETURN PORTION BELOW WITH PAYMENT

0 ▇▇▇▇ 9509 02 0542320025000242328

**Capital**One® | what's in your wallet?®

Account Number ▇▇▇▇9509

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $542.32 | $242.32 | Feb. 02, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Please print address or phone number changes below using blue or black ink.
Address _____

Home Phone _____  Alternate Phone _____

E-mail address _____ @ _____

Amount Enclosed [      .      ]

#9000468510549249# NAIL ID NUMBER
TERI L HINKLE
▇▇▇▇▇▇
SOUTH ROCKWOOD, MI ▇▇▇▇
%48179972480l1%

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024
%91716002424%

%44033%

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

000046

1. **How to Avoid a Finance Charge.**

† a. **Grace Period.** You will have a minimum grace period of 25 days without finance charge on new purchases, new balance transfers, new special purchases and new other charges if you pay your total "New Balance", in accordance with the important Notice for payments below, and in time for it to be credited by your next statement closing date. There is no grace period on cash advances and special transfers. In addition, there is no grace period on any transaction if you do not pay the total "New Balance".

b. **Accruing Finance Charge.** Transactions which are not subject to a grace period are assessed finance charge 1) from the date of the transaction or 2) from the date the transaction is processed to your Account or 3) from the first calendar day of the current billing period. Additionally, if you did not pay the "New Balance" from the previous billing period in full, finance charge continues to accrue to your unpaid balance and the unpaid balance is paid in full. This means that you may still owe finance charges, even if you pay the entire New Balance indicated on the front of your statement by the next statement closing date, but did not do so for the previous month. Unpaid finance charges are added to the applicable segment of your Account.

† c. **Minimum Finance Charge.** For each billing period that your account is subject to a finance charge, a minimum total FINANCE CHARGE of $0.50 will be imposed. If the total finance charge resulting from the application of your periodic rate(s) is less than $0.50, we will subtract that amount from the $0.50 minimum and the difference will be billed to the purchase segment of your account.

† d. **Temporary Reduction in Finance Charge.** We reserve the right to not assess any or all finance charges for any given billing period.

2. **Average Daily Balance (including New Purchases).** Finance charge is calculated by multiplying the daily balance of each segment of your account (e.g., cash advances, purchases, special transfer, and special purchase) by the corresponding daily periodic rate(s) that has been previously disclosed to you. At the end of each day during the billing period, we apply the daily periodic rate for each segment of your account to each of the balances of such segment. Then to the end of the billing period, we add up the results of these daily calculations to arrive at your periodic finance charge for each segment. We add up the results from each segment to arrive at the total periodic finance charge for your account. To get the daily balance for each segment of your account, we take the beginning balance for each segment and add any new transactions and any periodic finance charge calculated on the previous day's balance for that segment. We then subtract any payments or credits posted as of that day that are allocated to that segment. This gives us the separate daily balance for each segment of your account. However, if you paid the New Balance shown on your previous statement in full (or if your account balance was zero or a credit amount), new transactions, which post to your purchase or special purchase segments are not added

to the daily balances. We calculate the average daily balance by adding all the daily balances together and dividing the sum by the number of the days in the current billing cycle. To calculate your total finance charge, multiply your average daily balance by the daily periodic rate and by the number of days in the billing period. Due to rounding on a daily basis, there may be a slight variance between this calculation and the amount of finance charge actually assessed.

3. **Annual Percentage Rates (APR).**

a. The term "Annual Percentage Rate" may appear as "APR" on the front of this statement.

b. If the code P (Quarterly Prime), L (Quarterly LIBOR), C (Quarterly CD), or S (Standard Prime) appears on the front of this statement next to the periodic rate(s), the periodic rates and corresponding ANNUAL PERCENTAGE RATES may vary quarterly and may increase or decrease based on the stated indices, as found in The Wall Street Journal, plus the margin previously disclosed to you. These changes will be effective on the first day of your billing period covered by your periodic statement ending in the months of January, April, July and October.

c. If the code D (Monthly Prime), F (Monthly LIBOR), or G (Treasury LIBOR) appears on the front of your statement next to the periodic rate(s), the periodic rates and corresponding ANNUAL PERCENTAGE RATES may vary monthly and may increase or decrease based on the stated indices, as found in The Wall Street Journal, plus the margin previously disclosed to you. These changes will be effective on the first day of your billing period each month.

4. **Assessment of Late, Overlimit and Returned Payment Fees.** Under the terms of your customer agreement, we reserve the right to waive or not to assess any fees without prior notification to you without waiving our right to assess the same or similar fees at a later time.

5. **Renewing Your Account.** If a membership fee appears on the front of your statement, you have 30 days from the date this statement was mailed to you to avoid paying the fee or to have such fee credited to you if you cancel your account without having to pay the membership fee. To cancel your account, you must notify us by calling our Customer Relations Department and pay your "New Balance" in full (excluding the membership fee) prior to the end of the billing period.

6. If You Close Your Account. You can request to close your account by calling our Customer Relations Department. You must destroy your credit card(s) and account access checks, cancel all preauthorized billing and cease using your account. After your request to close, if you continue to transact or do not cancel preauthorized billing arrangements, we will consider receipt of a charge your authorization to keep your account open. Additionally, your account will not be closed until you pay all amounts you owe us including: any transactions you have authorized, finance charges, past due fees, overlimit fees, returned payment fees, cash advance fees, and any other fees assessed to your account. You are responsible for those amounts whether they appear on your

account at the time you request to close the account or they are incurred subsequent to your request to close the account. This may result in charges appearing on your account after you have requested the account be closed.

7. **Using Your Account.** Your card or account cannot be used in connection with any Internet gambling transactions.

**BILLING RIGHTS SUMMARY**

**(In Case of Errors or Questions about Your Bill)**

If you think your bill is wrong, or if you need more information on a transaction or bill, write to us on a separate sheet as soon as possible at the address for inquiries shown on the front of this statement. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can call our Customer Relations number, but doing so will not preserve your rights. In your letter, give us the following information: your name and account number, the dollar amount of the suspected error, a description of the error and an explanation, if possible, of why you believe there is an error; or if you need more information, a description of the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of property or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. You have this protection only when the purchase price was more than $50.00 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.) Please remember to sign all correspondence.

† Does not apply to consumer non-credit card accounts

‡ Does not apply to business non-credit card accounts

Capital One supports information privacy protection. See our website at www.capitalone.com.

Capital One is a federally registered service mark of Capital One Financial Corporation. All rights reserved. © 2006 Capital One

TC-00

C18DC008 - 4 - 05/08/05

**Important Note:** Payments you mail to us will be credited to your account as of the business day we receive it, provided (1) you send the bottom portion of this statement and your check in the enclosed remittance envelope and (2) your payment is received in our processing center by 3 p.m. ET (12 noon PT). Please allow at least five (5) business days for postal delivery. Payments received by us at any other location or in any other manner will be credited as of the day we receive them. Our business days are Monday through Saturday, excluding holidays. Please do not use staples, paper clips, etc. when preparing your payment. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Capital One**
what's in your wallet?®

TERI L HINKLE



500013

# NOT PAYING YOUR DEBT
# DOESN'T MAKE IT GO AWAY.

In fact, even if we report your account as charged off, you'll still be responsible for paying your debt. So why not call us to see what we can do together to keep you from receiving such a serious mark on your credit record?

**We're here to help. Please contact us to find a solution that's right for you.**

**You can make a payment with our _free_ check by phone service or speak to an associate by calling 1.800.955.6600.**

Make sure you call or pay the amount due on your statement within 30 days to keep your account from being charged off.

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.      E00013-08503

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $542.32 | $0.00 | $13.14 | $29.00 | $584.46 | $284.46 | Mar. 02, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Jan. 03, 2007 - Feb. 02, 2007        Page 1 of 1

**Visa Platinum Account**
-9509

**Your Account Information**
TOTAL CREDIT LINE                    $300.00
TOTAL AVAILABLE CREDIT            $0.00
CREDIT LINE FOR CASH              $300.00
AVAILABLE CREDIT FOR CASH        $0.00

Your account is six payments behind. If we charge off your account due to late payments, we will report the charged-off status to several national credit bureaus, and the Purchase APR as reflected on this statement will be applied to all your outstanding balances. Act now to prevent this from happening. Please pay the amount due on your statement or give us a call at 1.800.955.6600. We'll work with you so you can take control of your account and start rebuilding your credit with Capital One.

**\*\*Important Notice\*\*** Under the terms we previously disclosed to you, your account is now eligible for an increase in Annual Percentage Rates (APRs) effective immediately. However, Capital One has elected not to raise your APRs at this time. Please be advised that if you fail to keep your account in good standing, Capital One reserves the right to raise your APRs in the future.

**Finance Charges**   (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $549.57 | 0.0771274 | 28.15% | $13.14 |
| Cash | $0.00 | 0.0771274 | 28.15% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:        28.15%

Payments, Credits & Adjustments

Transactions
1    02 FEB    PAST DUE FEE                                $29.00

You were assessed a past due fee because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One.

**\*\*\* Please Note \*\*\*** Some of the terms of your account are changing. Please read the enclosed notification.

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank fi P.O. Box 60024 fi City of Industry, CA 91716-0024

Send inquiries to:
Capital One fi P.O. Box 30285 fi Salt Lake City, UT 84130-0285

6056        506          1    7    2    070202      PAGE 1 of 2                    018C6056
PLEASE RETURN PORTION BELOW WITH PAYMENT

0 ▒▒▒▒▒▒▒▒9509 02 0584460025000284464

**Capital One**  what's in your wallet?®

Account Number ▒▒▒▒9509

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $584.46 | $284.46 | Mar. 02, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed              .

Please print address or phone number changes below using blue or black ink.
Address

Home Phone                        Alternate Phone
E-mail address                    @

#900346851054924609 MAIL ID NUMBER
TERI L HINKLE
SOUTH ROCKWOOD, MI ▒▒▒▒
¾481799724801¾

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024
¾91716002434¾

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

**1. How to Avoid a Finance Charge.**

**a. Grace Period.** You will have a minimum grace period of 25 days without finance charge on new purchases, new balance transfers, new special purchases and new other charges if you pay your total "New Balance", in accordance with the Important Notice for payments below, and in time for it to be credited by your next statement closing date. There is no grace period on cash advances and special transfers. In addition, there is no grace period on any transaction if you do not pay the total "New balance".

**b. Accruing Finance Charge.** Transactions which are not subject to a grace period are assessed finance charge 1) from the date of the transaction or 2) from the date the transaction is processed to your Account or 3) from the first calendar day of the current billing period. Additionally, if you did not pay the "New Balance" from the previous billing period in full, finance charges continue to accrue to your unpaid balance until the unpaid balance is paid in full. This means that you may still owe finance charges, even if you pay the entire "New Balance" indicated on the front of your statement by the next statement closing date, but did not do so for the previous month. Unpaid finance charges are added to the applicable segment of your Account.

**c. Minimum Finance Charge.** For each billing period that your account is subject to a finance charge, a minimum total FINANCE CHARGE of $0.50 will be imposed.

**d. Temporary Reduction in Finance Charge.** We reserve the right to not assess any or all finance charges for any given billing period.

**2. Average Daily Balance (including New Purchases).** Finance charge is calculated by multiplying the daily balance of each segment of your account (e.g., cash advance, purchase, special transfer, and special purchase) by the corresponding daily periodic rate(s) that has been previously disclosed to you. At the end of each day during the billing period, we apply the daily periodic rate for each segment of your account to the daily balance of each segment. Then at the end of the billing period, we add up the results of these daily calculations to arrive at your periodic finance charge for each segment. We add up the results from each segment to arrive at the total periodic finance charge for your account. To get the daily balance for each segment of your account, we take the beginning balance of each segment and add any new transactions and any periodic finance charge calculated on the previous day's balance for that segment. We then subtract any payments or credits posted as of that day that are allocated to that segment. This gives us the beginning daily balance for each segment of your account. However, if you paid the New Balance shown on your previous statement in full (or if your new balance was zero or a credit amount), new transactions, which post to your purchase or special purchase segments are not added to the daily balances. We calculate the average daily balance by adding all the daily balances together and dividing the sum by the number of the days in the current billing cycle. To calculate your total finance charge, multiply

your average daily balance by the daily periodic rate and by the number of days in the billing period. Due to rounding on a daily basis or due to minimum finance charge assessment, there may be a variance between this calculation and the amount of finance charge actually assessed.

**3. Annual Percentage Rates (APR).**

a. The term "Annual Percentage Rate" may appear as "APR" on the front of this statement.

b. The code P (Quarterly Prime), L (Quarterly LIBOR), Q (Quarterly CD), or S (Standard Prime) appears on the front of this statement next to the periodic rate(s), the periodic rates and corresponding ANNUAL PERCENTAGE RATES may vary quarterly and may increase or decrease based on the stated indices, as found in The Wall Street Journal, plus the margin previously disclosed to you. These changes will be effective on the first day of your billing period covered by your periodic statement ending in the months of January, April, July and October.

c. If the code D (Monthly Prime), F (Monthly LIBOR), or G (Treasury LIBOR) appears on the front of your statement next to the periodic rate(s), the periodic rates and corresponding ANNUAL PERCENTAGE RATES may vary monthly and may increase or decrease based on the stated indices, as found in The Wall Street Journal, plus the margin previously disclosed to you. These changes will be effective on the first day of your billing period each month.

**4. Assessment of Late, Overlimit and Returned Payment Fees.** Under the terms of your customer agreement, we reserve the right to waive or not to assess any fees without prior notification to you without waiving our right to assess the same or similar fees at a later time.

**5. Renewing Your Account.** If a membership fee appears on the front of your statement, you have 30 days from the date this statement was mailed to you to avoid paying the fee or to have such fee credited to you if you cancel your account without having to pay the membership fee. To cancel your account, you must notify us by calling our Customer Relations Department and pay your "New Balance" in full (excluding the membership fee) prior to the end of the thirty-day period.

**6. If You Close Your Account.** You can request to close your account by calling our Customer Relations Department. You must destroy your credit card(s) and account access checks, cancel all preauthorized billing and close account. After your request is done, if you continue to honor or do not cancel preauthorized billing arrangements, we will consider receipt of a charge your authorization to keep your account open. Additionally, your account will not be closed until you pay all amounts you owe us including: any transactions you have incurred, including: any transaction you have made; or cash advances, cash advance fees, and any other fees assessed to your account. You are responsible for those amounts whether they appear on your account at the time you request to close the account or they are incurred subsequent to your request to close the account. This may result in charges appearing on your account after you have requested the account to be closed.

**7. Using Your Account.** Your card or account cannot be used in connection with any Internet gambling transactions.

**8. Notice About Electronic Check Conversion.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your bank account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**BILLING RIGHTS SUMMARY**
**(In Case of Errors or Questions about Your Bill)**
If you think your bill is wrong, or if you need more information on a transaction or bill, write to us on a separate sheet as soon as possible at the address for inquiries shown on the front of this statement. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can call our Customer Relations number, but doing so will not preserve your rights. In your letter, give us the following information: your name and account number, the dollar amount of the suspected error, a description of the error and an explanation, if possible, of why you believe there is an error, or if you need more information, a description of the item you are unsure about. You do not have to pay any amount in question while we are investigating it, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases.**
If you have a problem with the quality of property or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. You have this protection only when the purchase price was more than $50.00 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.) Please remember to sign all correspondence.

† Does not apply to consumer non-credit card accounts
‡ Does not apply to business non-credit card accounts

Capital One supports information privacy protection; see our website at www.capitalone.com.

Capital One is a federally registered service mark of Capital One Financial Corporation. All rights reserved. © 2006 Capital One

TC-06

O-HBG5056 - 6 - 12/21/06

Important Notice: payments you mail to us will be credited to your account as of the business day we receive it, provided (1) you send the bottom portion of this statement and your check in the enclosed remittance envelope and (2) your payment is received in our processing center by 3 p.m. ET (12 noon PT). Please allow at least five (5) business days for postal delivery. Payments received by us at any other location or in any other manner be credited as of the day we receive them. Our business days are Monday through Saturday, excluding holidays. Please do not use staples, paper clips, etc. when preparing your payment.

000049

200102
08982
15



# important notification
## of a change in terms to your account

**Your account is changing. These changes will start with your April 2007 billing cycle:***

<u>Late Payment (Past Due) Fee</u>
Your late payment fee will be based on the amount of your account balance at the time the fee is applied.

    Balance of $0 - $99.99 = $19 fee
    Balance of $100 - $999.99 = $29 fee
    Balances of $1,000 or more = $39 fee

<u>Over-the-credit-limit Fee</u>
Your over-the-credit-limit fee will be based on the amount of your credit limit at the time the fee is applied.

    Credit limit of $0 - $499.99 = $19 fee
    Credit limit of $500 - $999.99 = $29 fee
    Credit limits of $1,000 or more = $39 fee

## What's Not Changing

Although these terms are changing, your card still features all of your current benefits including $0 Fraud Liability and online account servicing. And if you are currently enrolled in a rewards program, you will continue to earn rewards on all of your eligible purchases. We truly value your business and look forward to serving you for years to come.

200102

**see reverse** for more information, including how to decline these changes to your account. ▶

**Capital**One®

Please retain for your records.

6056      506          1    7    2    070202        PAGE 2 of 2                018C6016

000050