CLOSED

# U.S. District Court
## Southern District of Georgia (Dublin)
### CIVIL DOCKET FOR CASE #: 3:11-cv-00063-DHB -WLB

| | |
|---|---|
| Hinkle v. Northland Group et al | Date Filed: 06/24/2011 |
| Assigned to: Judge Dudley H. Bowen | Date Terminated: 08/18/2011 |
| Referred to: Magistrate Judge W. Leon Barfield | Jury Demand: None |
| Cause: 15:1681 Fair Credit Reporting Act | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Teri Lynn Hinkle**  represented by  **Teri Lynn Hinkle**
322 Bethel St
Eastman, GA 31023
478-374-4132
PRO SE

**EXHIBIT C**

V.

**Defendant**

**Northland Group**

**Defendant**

**John Does 1 thru 10**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2011 | 1 | COMPLAINT against John Does 1 thru 10, Northland Group, filed by Teri Lynn Hinkle. (Attachments: # 1 Civil Cover Sheet)(cmr) (Entered: 06/24/2011) |
| 06/24/2011 | 2 | MOTION for Leave to Proceed in forma pauperis by Teri Lynn Hinkle. REFERRED to Judge W. Leon Barfield.(cmr) (Entered: 06/24/2011) |
| 07/26/2011 | 3 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Magistrate Judge W. Leon Barfield on 7/26/11. (cmr) (Entered: 07/26/2011) |
| 07/26/2011 | 4 | REPORT AND RECOMMENDATIONS that pla's complaint be dismissed for failure to state a claim upon which relief can be granted and that this civil action be closed - re 1 Complaint filed by Teri Lynn Hinkle. Objections to R&R due by 8/12/2011. Signed by Magistrate Judge W. Leon Barfield on 7/26/11. (cmr) (Entered: 07/26/2011) |
| 07/26/2011 | 5 | ORDER directing service of the R&R on all parties - re 4 REPORT AND RECOMMENDATIONS re 1 Complaint filed by Teri Lynn Hinkle. Signed by Magistrate Judge W. Leon Barfield on 7/26/11. (cmr) (Entered: 07/26/2011) |
| 08/11/2011 | 6 | MOTION to Voluntarily Dismiss by Teri Lynn Hinkle. REFERRED to Judge W. Leon Barfield.(cmr) (Entered: 08/11/2011) |

| 08/18/2011 | 7 | ORDER allowing 6 Motion to Dismiss. This civil action is Dismissed without prejudice. Signed by Judge Dudley H. Bowen on 8/18/11. (cmr) (Entered: 08/18/2011) |