
### Northland Group Inc.

June 21, 2011

**CERTIFIED MAIL – RETURN RECEIPT**
**ARTICLE NO: 7007 0710 0000 6739 1167**

Ms. Teri Hinkle

Eastman, GA

| <u>Re: Northland Group Account No: 6636</u> | <u>Northland Group Account No: 2817</u> |
|---|---|
| Client: Capital One Bank (USA) N.A. | Current Creditor: LVNV Funding LLC |
| Original Account No: ************9509 | Previous Creditor: GE Capital/Sam's Club |
|  | Original Account No: ************2617 |

Dear Ms. Hinkle,

The Northland Group, Inc. ("Northland") is in receipt of your letters dated May 12, 2011 and May 31, 2011[and your draft complaint]. Your correspondence alleges Northland Group violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681b.

Contrary to your claims, Northland did indeed have a permissible purpose to access your credit report via its attempts to collect on your debt. Under section 1681b(a)(3)(A), a consumer report may be obtained by a person who "intends to use the information in connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or *collection of an account of the consumer*." 15 U.S.C. § 1681b (emphasis added). Thus, obtaining a credit report in connection with collection of a debt is permissible under the FCRA. *See, e.g., Miller v. Wolpoff & Abramson, LLP*, 309 F. App'x 40, 43 (7th Cir. 2009). Your creditor, Capital One Bank (USA) N.A. and LVNV Funding LLC referred your accounts to Northland, a debt collector, on August 14, 2009 and November 13, 2009 respectively. Therefore Northland had a permissible purpose for obtaining your credit report. *See Miller*, 309 F. App'x at 43; *Criddell v. Transunion LLC*, No. 09 C 6235, 2010 WL 1693093, at *4 (N.D. Ill. Apr. 27, 2010) ("Because Torres was acting as a debt collection agency, it had a legitimate reason to obtain Criddell's credit report, and he has failed to state a claim that Torres acted unlawfully under the FCRA."); *Smith v. John P. Frye, P.C.* Civ. File No. 10-cv-3366 (N.D. Illinois, 2/24/11); *Baker v. Bronx-Westchester Investigations, Inc.*, 850 F. Supp. 260, 262 n.5 (S.D.N.Y. 1994).

Northland Group has not reported the above accounts to a credit reporting agency. To resolve this matter, we have requested our inquiries be removed from your credit bureau report. Please allow at least 30 days for the inquiries to be removed. Also, please be advised that Northland Group cannot affect a change as to how any other company or entity may have reported the accounts on your credit profile.

The above referenced accounts have been closed in our office. For further information regarding the accounts, please contact Capital One Bank (USA) N.A. and LVNV Funding LLC:

    Capital One Bank (USA) N.A.    LVNV Funding LLC
    Toll-Free: 1-800-258-9319       PO Box 10466
                                      Greenville, SC 29063
                                      Toll-Free: 1-888-665-0374

# EXHIBIT D

-2-                                                        June 21, 2011

Sincerely,

*[signature]*

Valerie Bartosh
Compliance Coordinator

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. This communication is sent to you by Northland Group, Inc., a debt collector and a member of ACA International.
**This collection agency is licensed by the Minnesota Department of Commerce.**

1814989v1