FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA 2012 FEB -6 PM 4: 42

DUBLIN DIVISION

CLERK _____
SO. DIST. OF GA.

TERI LYNN HINKLE,                    )
                                     )
              Plaintiff,             )
                                     )
       v.                            )    CV 311-084
                                     )
NORTHLAND GROUP INC., et al.,        )
                                     )
              Defendants.            )

## O R D E R

This matter is before the Court on Defendant LVNV Funding, LLC's motion for an extension of time to respond to Plaintiff's complaint.[1] (Doc. no. 13.) Upon due consideration, the motion is **GRANTED**. Defendant LVNV Funding, LLC, shall have through and including February 21, 2012, within which to answer or otherwise respond to Plaintiff's complaint.[2] The parties should note that any further motions for extension of time for Defendant LVNV Funding, LLC, to respond to the complaint will have to be addressed to the presiding District Judge.

SO ORDERED this ___ day of February, 2012, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

---

[1] Because of the immediacy of the deadline that the instant motion seeks to extend, the Court opts to rule on the motion without waiting for a response from Plaintiff.

[2] Defendant LVNV Funding, LLC, requests that the deadline be extended to February 20, 2012; because that date falls on a federal holiday, the Court has extended the deadline to the following day.