ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 FEB 22 PM 1:50
CLERK C Adams
SO. DIST. OF GA.

```
TERI LYNN HINKLE,             *
                              *
     Plaintiff,               *
                              *
        vs.                   *    CV 311-084
                              *
NORTHLAND GROUP INC.,         *
et al.,                       *
                              *
     Defendants.              *
```

# ORDER

Plaintiff has filed a motion for extension of time to respond to the motions to dismiss filed by Defendant Northland Group Inc. and Defendant Jeffrey A. Olson. Upon due consideration, the motion (doc. no. 18) is **GRANTED**. Plaintiff shall have until the close of business on March 9, 2012, to respond to the motions to dismiss.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE