# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

TERI LYNN HINKLE,

        Plaintiff

v.

NORTHLAND GROUP, INC., VALERIE
BARTOSH, JEFFREY A. OLSON,
PLLC, CAPITAL ONE BANK (USA),
N.A., CAPITAL ONE SERVICES,
LLC, LVNV FUNDING, LLC,

        Defendants

Case No. CV311-084

## RULE 26(f) REPORT

1     Date of Rule 26(f) conference:     <u>March 6, 2012</u>

2.     Parties or counsel who participated in conference:

     <u>Pro Se Plaintiff Teri Hinkle; April Reeves Freeman, counsel for Northland Group, Inc. & Jeffrey A. Olson, PLLC</u>

3.     If any defendant has yet to be served, please identify the defendant and state when service is expected.

     <u>N/A</u>

4.     Date the Rule 26(a)(1) disclosures were made or will be made: <u>March 30, 2012</u>

5.   If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

   (a)   Identify the party or parties making the objection or proposal:

   _____
   _____
   _____

   (b)   Specify the objection or proposal:

   The parties have agreed to complete Rule 26 (a)(1) disclosures by March 30, 2012 to accommodate Plaintiff's inability to complete prior to this date due to recent fire at her home._____

6.   The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery,

   (a)   Identify the party or parties requesting additional time:

   N/A_____

   (b)   State the number of months the parties are requesting for discovery:

   _____ months

   (c)   Identify the reason(s) for requesting additional time for discovery:

   _____ Unusually large number of parties

   _____ Unusually large number of claims or defenses

\_\_\_\_\_   Unusually large number of witnesses

\_\_\_\_\_   Exceptionally complex factual issues

\_\_\_\_\_   Need for discovery outside the United States

\_\_\_\_\_   Other: _____

(d)   Please provide a brief statement in support of each of the reasons identified above:

_____

_____

_____

_____

_____

_____

7.   If any party is requesting that discovery be limited to particular issues or conducted in phases, please

(a)   Identify the party or parties requesting such limits:

N/A _____

(b)   State the nature of any proposed limits:

_____

_____

_____

8.    The Local Rules provide, and the Court generally imposes the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness reports and disclosures by plaintiff | 60 days after Rule26(f) conference |
| Last day to furnish expert witness reports and disclosures by defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |
| Last day to file motions | 30 days after close of discovery |

If any party requests a modification of any of these deadlines,

(a)    Identify the party or parties requesting the modification:

<u>N/A</u>

(b)    State which deadline should be modified and the reason supporting the request:

_____

_____

_____

_____

_____

9.    If the case involves electronic discovery,

    (a)    State whether the parties have reached an agreement   regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memorialized in the scheduling order, briefly describe the terms of their agreement:

        The parties have agreed to preserve any electronically stored data, including e-mails.

    (b)    Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

10.   If the case is known to involve claims of privilege or protection of trial preparation material,

    (a)    State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

        The parties have agreed to assert objections regarding privileged material if and when those issues arise during discovery.

    (b)    Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

    (c)    Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

{JX000418.1}

11. State any other matters the Court should include in its scheduling order:

N/A

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

The parties have engaged in initial settlement negotiations.

This ___8th___ day of March, 2012.

Signed: _____
                    Pro Se Plaintiff

_____
        Attorney for Defendant

{JX000418.1}