# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 MAR -9  AM 9:49

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Teri Lynn Hinkle ) | |
| Plaintiff ) | |
| ) | Civil Action File No: |
| vs ) | 3:11-cv-00084-DHB-WLB |
| ) | |
| NORTHLAND GROUP INC ) | |
| Valerie Bartosh ) | |
| JEFFREY A. OLSON, PLLC ) | |
| CAPITAL ONE BANK (USA) N.A. ) | |
| CAPITAL ONE SERVICES, LLC ) | |
| LVNV FUNDING, LLC ) | |

## MOTION FOR ORDER OF DISMISSAL

COMES NOW, Plaintiff, Teri Lynn Hinkle, who having reached a settlement agreement with Defendant LVNV FUNDING, LLC hereby makes this Motion for Order of Dismissal WITH PREJUDICE regarding LVNV FUNDING, LLC in the above styled case pending before this honorable court. Each party bearing their own costs of this action.

Dated: March 7, 2012

Respectfully Submitted,

*Teri Lynn Hinkle* (signature)

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: March 7, 2012

*Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

April Reeves Freeman (GA Bar No. 5170930
Jones, Walker, Waechter, Poitevant
Carrere & Denegre, L.L.P.
1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, Georgia 30361
(Counsel for NORTHLAND GROUP INC. & JEFFREY A. OLSON)


John H. Bedard Jr., Esq.
Jonathan K. Aust, Esq.
2810 Peachtree Industrial Blvd, Ste. D
Duluth, Georgia 30097
(Counsel for LVNV FUNDING, LLC.)

