**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 MAR 15 P 2: 23

CLERK
SO. DIST. OF GA.

TERI LYNN HINKLE, )
)
    Plaintiff, )
)
v. ) CV 311-084
)
NORTHLAND GROUP INC., et al., )
)
    Defendants. )

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and having reviewed the Rule 26(f) Report, the following dates represent the scheduling deadlines in the above-styled case.[1] The Court recognizes that there are pending motions to dismiss in this case. Accordingly, the standard deadlines have been extended by **THIRTY (30)** days in an effort to account for any resultant delay occasioned by those motions.

| | |
|---|---|
| DATE ISSUE JOINED | February 21, 2012 |
| DATE OF RULE 26(f) CONFERENCE | March 6, 2012 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | May 21, 2012 |

---

[1] As an initial matter, the Court notes that Defendant LVNV Funding, LLC, appears not to have participated in the Rule 26(f) conference. (Doc. no. 23, p. 1.) Because Plaintiff has moved to voluntarily dismiss Defendant LVNV Funding, LLC, (see doc. no. 24), the Court will proceed to establish the deadlines in this case despite its nonparticipation in the conference.

1

| | |
|---|---|
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | June 4, 2012 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | July 4, 2012 |
| CLOSE OF DISCOVERY | August 9, 2012 |
| LAST DAY FOR FILING CIVIL MOTIONS EXCLUDING MOTIONS IN LIMINE | September 8, 2012 |

The Court is aware of the agreement contained in the Rule 26(f) Report pertaining to the preservation, disclosure, or discovery of electronically stored information. (Doc. no. 23, ¶ 9.) This agreement shall be incorporated as part of this Order as if set forth fully herein.

Defendants shall submit their portion of the pre-trial order to Plaintiff five (5) days before the pre-trial order deadline, in default of which sanctions may be imposed.

Motions in limine shall be filed no later than FIVE (5) DAYS PRIOR TO THE PRE-TRIAL CONFERENCE.

All motions, other than summary judgment and motions to dismiss, shall be accompanied with a proposed order.

**ANY WITNESS KNOWN PRIOR TO THE CLOSE OF DISCOVERY AND NOT DISCLOSED WILL NOT BE ALLOWED.**

Curriculum vitae on all expert witnesses shall be filed separately with the pre-trial order. This rule will be strictly adhered to and the Court will not allow the expert witness to testify if this has not been complied with.

SO ORDERED this 15th day of March, 2012, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE