FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 MAR 27  AM 10: 4

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle<br>*Plaintiff,*<br><br>vs<br><br>NORTHLAND GROUP INC<br>VALERIE BARTOSH<br>JEFFREY A. OLSON, PLLC<br>CAPITAL ONE BANK (USA) N.A.<br>CAPITAL ONE SERVICES, LLC<br>LVNV FUNDING, LLC<br>*Defendants.* | Case No. 3:11-cv-00084 |

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT JEFFREY A. OLSON PLLC.

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW the Plaintiff Teri Lynn Hinkle with a Motion To Dismiss Defendant, Jeffrey A. Olson PLLC., from this action. Defendant, Jeffrey A. Olson has already filed a Motion To Dismiss and Plaintiff also requests the court to Dismiss him in this matter.

Dated March 23, 2012

Respectfully Submitted,

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-413

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: March 23, 2012

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

April Reeves Freeman (GA Bar No. 5170930
Jones, Walker, Waechter, Poitevant
Carrere & Denegre, L.L.P.
1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, Georgia 30361