FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT NORTHLAND GROUP, INC.'s MOTION TO DISMISS

2012 JUN -8 AM 8:47

CLERK
SO. DIST. OF GA.

NOW COMES the Affiant, Teri Lynn Hinkle of Eastman, Georgia who is over the age of 21 years, competent to testify, and declares as follows under penalty of perjury regarding Case No. CV 311-084 Teri Lynn Hinkle v NORTHLAND GROUP INC., et al.

1. That Affiant/Plaintiff is not in receipt of anything, nor is there anything on the record made, that would show or prove that NORTHLAND GROUP INC., JEFFREY A. OLSON, or LVNV FUNDING LLC., are the owners of any account of Teri Lynn Hinkle. This was stated in letters sent by Valerie Bartosh and JEFFREY A. OLSON.

2. That Affiant/Plaintiff is not in receipt of anything, nor is there anything on the record made, that would show or prove that NORTHLAND GROUP INC. or LVNV LLC. acquired any alleged account of Teri Lynn Hinkle from CAPITAL ONE BANK. This was claimed by Valerie Bartosh in a letter sent by certified mail and communications from JEFFREY A. OLSON in letters and email.

3. That Affiant/Plaintiff is not in receipt of anything, nor is there anything on the record made, that would show or prove that NORTHLAND GROUP INC. or LVNV LLC. has any interest in any alleged account of Teri Lynn Hinkle from CAPITAL ONE BANK.

4. That Affiant/Plaintiff is not in receipt of anything, nor is there anything on the record made, that would show or prove that there is any account of Teri Lynn Hinkle that originated with CAPITAL ONE BANK where there is any balance

due and owing that could be collected by NORTHLAND GROUP INC., or LVNV.

5. That Affiant/Plaintiff is not in receipt of anything, nor is there anything on the record made, that would show or prove that there is any permissible purpose for the Defendants and/or their counsel to obtain the credit report of Teri Lynn Hinkle.

6. That Affiant/Plaintiff at no time gave consent to NORTHLAND GROUP INC., JEFFREY A. OLSON, PLLC, LVNV or CAPITAL ONE BANK to obtain her credit report.

7. That Affiant/Plaintiff has suffered continual financial hardship and emotional stress resulting from the lowering of her credit score caused by the actions of NORTHLAND GROUP INC.

8. Plaintiff has been unable to obtain a bank account for the past three years due to the actions of NORTHLAND GROUP INC., causing her extreme inconvenience and substantial additional costs in doing everyday business including paying bills.

9. Plaintiff has been charged higher rates for insurances required on vehicles by state law as a result of NORTHLAND GROUP INC., ACTIONS.

10. That Affiant/Plaintiff was unaware of the cause of the above mentioned financial hardship and emotional stress until she obtained her credit reports in May of 2011.

## NOTARY'S VERIFICATION

STATE OF GEORGIA            §
                            §
COUNTY OF DODGE             §

On this day personally came before me the above-named Affiant, who proved his identity to me to my satisfaction, and he acknowledged his signature on this Affidavit in my presence and stated that he did so with full understanding that he was subject to the penalties of perjury.

AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true and correct. I hereby further affirm that the basis of these beliefs is my own direct knowledge of the statements described herein.

Further the Affiant sayeth naught.

Signed in Eastman, Georgia
June 7, 2012

_____
Teri Lynn Hinkle

Name of Notary Vicki H. Bohannon
Signature of notary _____

seal

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: June 7, 2012

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

NORTHLAND GROUP C/O
April Reeves Freeman
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, LLP
1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, Georgia 30361

Hink
322 Bethel St,
Eastman, Ga.
31023




U.S. POSTAGE
PAID
EASTMAN, GA
31023
JUN 07, 12
AMOUNT
$1.10
00030247-03

Clerk, U.S. District Court
Post Office Box 1130
Augusta, GA 30903