UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 JUL 18 AM 9: 41
CLERK
SO. DIST. OF GA.

Teri Lynn Hinkle )
    *Plaintiff,* )
)
) Case No. 3:11-cv-00084
vs )
)
NORTHLAND GROUP INC )
VALERIE BARTOSH )
JEFFREY A. OLSON, PLLC )
CAPITAL ONE BANK (USA) N.A. )
CAPITAL ONE SERVICES, LLC )
LVNV FUNDING, LLC )
    *Defendants.* )
)

## MOTION FOR ORDER OF DISMISSAL

Teri Lynn Hinkle, Plaintiff having reached an amicable settlement agreement with the Defendant, **NORTHLAND GROUP INC.**, on July 12, 2012. IT IS HEREBY Requested by the Plaintiff, Teri Lynn Hinkle, that an **Order of Dismissal WITH PREJUDICE** be entered in the above case pending before this honorable court. Each party bearing their own costs.

Respectfully Submitted on **July 13, 2012**

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: July 13, 2012

*Teri L. Hinkle*

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

April Reeves Freeman (GA Bar No. 5170930
Jones, Walker, Waechter, Poitevant
Carrere & Denegre, L.L.P.
1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, Georgia 30361

Hinkle
322 Bethel St.
Eastman, GA
31023

MACON GA 310
16 JUL 2012 PM 1 L



3090351130

Clerk, U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903