ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 AUG -8  A 10: 40

CLERK _____
SO. DIST. OF GA.

TERI LYNN HINKLE,           *
                            *
     Plaintiff,             *
                            *
     v.                     *     CV 311-084
                            *
NORTHLAND GROUP, INC., et al., *
                            *
     Defendants.            *

O R D E R

On July 18, 2012, Plaintiff Teri Lynn Hinkle filed a "Motion for Order of Dismissal," indicating that the parties had reached a settlement. No defendant has opposed the motion.

Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(2). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE